| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____   Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**     EAST VILLAGE PROPERTIES LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    47-4811437

4. **Debtor's address**

   Principal place of business

   777 Third Avenue
   17th Floor
   New York, NY 10017
   Number, Street, City, State & ZIP Code

   New York
   County

   Mailing address, if different from principal place of business

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

Debtor  __EAST VILLAGE PROPERTIES LLC_____    Case number (if known) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor  **See Attachment**  Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  **EAST VILLAGE PROPERTIES LLC** _____ Case number (*if known*) _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  __EAST VILLAGE PROPERTIES LLC__   Case number (*if known*) _____
   Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/28/2017
             MM / DD / YYYY

X _____   **DAVID GOLDWASSER**
   Signature of authorized representative of debtor   Printed name

Title  **Authorized Signatory of GC Realty Advisors LLC, Manager**

**18. Signature of attorney**

X _____   Date  3/28/2017
   Signature of attorney for debtor          MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 603-6300**     Email address _____

_____
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor  **EAST VILLAGE PROPERTIES LLC**                                    Case number (*if known*)
        Name

Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | AC I Manahawkin LLC | | | Relationship to you | **Affiliate** |
| District | Southern District of New York | When | 6/04/14 | Case number, if known | 14-22793-rdd |
| Debtor | AC I Toms River LLC | | | Relationship to you | **Affiliate** |
| District | Southern District of New York | When | 1/08/16 | Case number, if known | 16-22023-rdd |
| Debtor | BCH CAPITAL LLC | | | Relationship to you | **Affiliate** |
| District | Southern District of New York | When | 3/15/17 | Case number, if known | 17-22384-rdd |
| Debtor | CYPRESS WAY LLC | | | Relationship to you | **Affiliate** |
| District | Southern District of New York | When | 3/15/17 | Case number, if known | 17-22383-rdd |
| Debtor | Romad Realty Inc. | | | Relationship to you | **Affiliate** |
| District | Southern District of New York | When | 9/28/15 | Case number, if known | 15-20007-rdd |
| Debtor | WEST 41 PROPERTY LLC | | | Relationship to you | **Affiliate** |
| District | Southern District of New York | When | 3/25/16 | Case number, if known | 16-22393-rdd |

## Affiliated Filing Entities

| PROPERTY ADDRESS | PROPERTY OWNER |
|---|---|
| 223 East 5th Street, New York, New York | 223 EAST 5TH STREET LLC |
| 229 East 5th Street, New York, New York | 229 EAST 5TH STREET LLC |
| 231 East 5th Street, New York, New York | 231 EAST 5TH STREET LLC |
| 233 East 5th Street, New York, New York | 233 EAST 5TH STREET LLC |
| 235 East 5th Street, New York, New York | 235 EAST 5TH STREET LLC |
| 228 East 6th Street, New York, New York | 228 EAST 6TH STREET LLC |
| 66 East 7th Street, New York, New York | 66 EAST 7TH STREET LLC |
| 27 St. Mark Place, New York, New York | 27 ST MARKS PLACE LLC |
| 334 East 9th Street, New York, New York | 334 EAST 9TH STREET LLC |
| 253 East 10th Street, New York, New York | 253 EAST 10TH STREET LLC |
| 325 East 12th Street, New York, New York | 325 EAST 12TH STREET LLC |
| 327 East 12th Street, New York, New York | 327 EAST 12TH STREET LLC |
| 329 East 12th Street, New York, New York | 329 EAST 12TH STREET LLC |
| 510 East 12th Street, New York, New York | 510 EAST 12TH STREET LLC |
| 514 East 12th Street, New York, New York | 514 EAST 12TH STREET LLC |
|  | EAST VILLAGE PROPERTIES LLC |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                    Chapter 11

**EAST VILLAGE PROPERTIES LLC,**                       Case No.:

                        Debtor.
----------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

I, the undersigned, David Goldwasser, as authorized signatory for GC Realty Advisors, LLC, manager of East Village Properties LLC (the "Company"), do hereby certify that at a meeting of the Company duly called and held on **March 28, 2017**, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> "**RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, partners and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as authorized signatory for GC Realty Advisors, LLC, manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> "**RESOLVED,** that David Goldwasser, as authorized signatory for GC Realty Advisors, LLC, manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a

{00748239.DOC;1 }

general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this **28th** day of **March, 2017**.

        **East Village Properties LLC**
        **By: GC Realty Advisors LLC, its Manager**

        **By:** _____
        David Goldwasser
        **Authorized Signatory**

652181

{00748239.DOC;1 }{00748239.DOC;1 }{00748239.DOC;1 }-2-