# United States Bankruptcy Court
## Southern District of New York

In re   __EAST VILLAGE PROPERTIES LLC__                              Case No. _____
                              Debtor(s)                              Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of GC Realty Advisors LLC, Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __3/28/2017__                    _____
                                         DAVID GOLDWASSER/Authorized Signatory of GC Realty
                                         Advisors LLC, Manager
                                         Signer/Title

.

```
CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


EVF1 LLC
C/O KRISS & FEUERSTEIN LLP
360 LEXINGTON AVE., SUITE 1200
NEW YORK, NY 10017


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


NEW YORK STATE DEPT. OF FINANC
ATTN:  BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007
```