**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **East Village Properties LLC** <br> Name | EIN | **47–4811437** |
| United States Bankruptcy Court **Southern District of New York** <br> Case number: **17–22453–rdd** | | Date case filed for chapter **11**   **3/28/17** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case         12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | East Village Properties LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 777 Third Avenue <br> 17th Floor <br> New York, NY 10017 | |
| 4. | **Debtor's attorney** <br> Name and address | Arnold Mitchell Greene <br> Robinson Brog Leinwand Greene <br> Genovese & Gluck, P.C. <br> 875 Third Avenue <br> 9th Floor <br> New York, NY 10022 | Contact phone (212) 603–6300 <br><br> Email: amg@robinsonbrog.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Quarropas Street <br> White Plains, NY 10601 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone 914–390–4060 <br> Date: 3/30/17 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | May 3, 2017 at 01:00 PM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** | Location: <br><br> **United States Bankruptcy Court, SDNY, 300 Quarropas Street, Room 243A, White Plains, NY 10601–5008** |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case** page 1

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A) and Fed. R. Bankr. P. 4007. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 17-22453-rdd
East Village Properties LLC                                               Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-7            User: agvargas            Page 1 of 1            Date Rcvd: Mar 30, 2017
                                Form ID: 309F             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
```
db          +East Village Properties LLC,    777 Third Avenue,    17th Floor,    New York, NY 10017-1305
smg         +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg         +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7121949     +CORP. COUNSEL FOR NYC,    100 CHURCH STREET,    NEW YORK, NY 10007-2668
7121950     +EVF1 LLC,    C/O KRISS & FEUERSTEIN LLP,    360 LEXINGTON AVE., SUITE 1200,
              NEW YORK, NY 10017-6502
7121953     +NYC DEPT. OF FINANCE,    345 ADAMS STREET, 3RD FL.,    ATTN: LEGAL AFFAIRS,
              BROOKLYN, NY 11201-3719
7121954      OFFICE OF THE ATTORNEY GENERAL,    THE CAPITOL,    ALBANY, NY 12224
7121955     +US ATTY OFFICE -SDNY,    86 CHAMBERS STREET,    ATTN: TAX AND BANKRUPTCY,
              NEW YORK, NY 10007-1825
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: amg@robinsonbrog.com Mar 30 2017 19:40:15     Arnold Mitchell Greene,
              Robinson Brog Leinwand Greene,    Genovese & Gluck, P.C.,    875 Third Avenue,    9th Floor,
              New York, NY   10022
smg          E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 30 2017 19:40:45
              New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY   12205-0300
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 30 2017 19:40:21     United States Trustee,
              Office of the United States Trustee,    U.S. Federal Office Building,
              201 Varick Street, Room 1006,    New York, NY 10014-9449
7121951     +EDI: IRS.COM Mar 30 2017 19:43:00     INTERNAL REVENUE SERVICE,    PO BOX 7346,
              PHILADELPHIA, PA 19101-7346
7121952     +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 30 2017 19:40:45
              NEW YORK STATE DEPT. OF FINANC,    ATTN: BANKRUPTCY SPECIAL PROC,    PO BOX 5300,
              ALBANY, NY 12205-0300
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Internal Revenue Service,    PO Box 7346,    Philadelphia, PA   19101-7346
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
```
              Arnold Mitchell Greene    on behalf of Debtor   East Village Properties LLC amg@robinsonbrog.com,
               rms@robinsonbrog.com;ls@robinsonbrog.com;cy@robinsonbrog.com;nfm@robinsonbrog.com
                                                                                              TOTAL: 1
```