KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
Attorneys for EVF1 LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
    East Village Properties LLC                      :    Case No. 17-22453-rdd
                                                             :
                            Debtor.    :    Hon. Robert D. Drain
-------------------------------------------------------------X    United States Bankruptcy Judge

**NOTICE OF APPEARANCE OF KRISS & FEUERSTEIN, LLP AS ATTORNEYS FOR EVF1 LLC, PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO BANKRUPTCY RULE 2002**

TO:    SEE ATTACHED SERVICE LIST

**NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that the Law Office of Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, appears for and on behalf of EVF1 LLC, interested party to this bankruptcy case.

**NOTICE IS FURTHER GIVEN,** that pursuant to the Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

KRISS & FEUERSTEIN LLP
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of application, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated:  New York, New York
        April 3, 2017

                                         KRISS & FEUERSTEIN LLP
                                         *Attorneys for* EVF1 LLC

                                         By: s/ Jerold C. Feuerstein
                                              Jerold C. Feuerstein (JF9829)
                                         360 Lexington Avenue, Suite 1200
                                         New York, NY 10017
                                         (212) 661-2900
                                         (212) 661-9397 fax
                                         Jfeuerstein@kandfllp.com

TO:

**Arnold Mitchell Greene**
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
*Attorneys for Debtor*
875 Third Avenue, 9th Floor
New York, NY 10022

**Serena K. Nakano**
**U.S. Department of Justice**
**U.S. Trustee's Office**
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014