KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
Attorneys for EVF1 LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| East Village Properties LLC | : | Case No.17-22453-rdd |
| | : | |
| Debtor. | : | Hon. Robert D. Drain |
| | : | United States Bankruptcy Judge |

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

ROBIN LAU, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside at New York County, New York:

On the 3rd day of April, 2017, I served a copy of the foregoing Notice of Appearance of Kriss & Feuerstein LLP, as Attorneys for EVF1 LLC pursuant to Bankruptcy Rule 9010 and Demand Service of All Notices, Etc., Pursuant to Bankruptcy Rule 2002 on the following parties by the United States Bankruptcy, Southern District of New York Electronic Case Filing system to the parties listed below:

**Arnold Mitchell Greene, Esq.**
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
*Attorneys for Debtor*
875 Third Avenue, 9th Floor
New York, NY 10022

**Serena K. Nakano**
**U.S. Department of Justice**
**U.S. Trustee's Office**
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Additionally, on the 3rd day of April, 2017, I served a copy of the Notice of Electronic Filing by Email to the parties listed below:

Arnold Mitchell Greene on behalf of Debtor East Village Properties LLC
amg@robinsonbrog.com; rms@robinsonbrog.com; ls@robinsonbrog.com;
cy@robinsonbrog.com; nfm@robinsonbrog.com

Serene K. Nakano on behalf of U.S. Trustee United States Trustee
serene.nakano@usdoj.gov

Lastly, on the 3rd day of April, 2017, I served a copy of the foregoing Notice of Appearance of Kriss & Feuerstein LLP, as Attorneys for EVF1 LLC pursuant to Bankruptcy Rule 9010 and Demand Service of All Notices, Etc., Pursuant to Bankruptcy Rule 2002 on the following parties by first class mail, postage prepaid:

**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

_____
Robin Lau

Sworn to before me on this
3rd day of April, 2017

_____
Notary Public

VERONICA JAMES
Notary Public, State of New York
No. 01JA6099764
Qualified in Westchester County
Commission Expires October 6, 2019