**ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
   A. Mitchell Greene
   Fred B. Ringel
*Proposed Attorneys for the Debtors and Debtors
in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **EAST VILLAGE PROPERTIES LLC,** | Case No. 17-22453-rdd |
| Debtor. | |

------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **223 EAST 5TH STREET LLC,** | Case No. 17-22454-rdd |
| Debtor. | |

------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **229 EAST 5TH STREET LLC,** | Case No. 17-22455-rdd |
| Debtor. | |

------------------------------------------------------------X

{00748277.DOC;1 }

1

----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **231 EAST 5TH STREET LLC,** | Case No. 17-22456-rdd |
| Debtor. | |

----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **233 EAST 5th STREET LLC,** | Case No. 17-22457-rdd |
| Debtor. | |

----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **235 EAST 5th STREET LLC,** | Case No. 17-22458-rdd |
| Debtor. | |

----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **228 EAST 6th STREET LLC,** | Case No. 17-22459-rdd |
| Debtor. | |

----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **66 EAST 7th STREET LLC,** | Case No. 17-22460-rdd |
| Debtor. | |

----------------------------------------------------------X

{00748277.DOC;1 }

-----------------------------------------------------------X

In re:                                                    Chapter 11

**27 ST MARKS PLACE LLC,**                                Case No. 17-22461-rdd

                              Debtor.
-----------------------------------------------------------X

In re:                                                    Chapter 11

**334 EAST 9th STREET LLC,**                              Case No. 17-22462-rdd

                              Debtor.
-----------------------------------------------------------X

In re:                                                    Chapter 11

**253 EAST 10th STREET LLC,**                             Case No. 17-22463-rdd

                              Debtor.
-----------------------------------------------------------X

In re:                                                    Chapter 11

**325 EAST 12th STREET LLC,**                             Case No. 17-22464-rdd

                              Debtor.
-----------------------------------------------------------X

In re:                                                    Chapter 11

**327 EAST 12th STREET LLC,**                             Case No. 17-22465-rdd

                              Debtor.
-----------------------------------------------------------X

{00748277.DOC;1 }

```
-------------------------------------------------------X
```

| | |
|---|---|
| In re: | Chapter 11 |
| **329 EAST 12th STREET LLC,** | Case No. 17-22467-rdd |
| Debtor. | |

```
-------------------------------------------------------X
```

| | |
|---|---|
| In re: | Chapter 11 |
| **510 EAST 12th STREET LLC,** | Case No. 17-22468-rdd |
| Debtor. | |

```
-------------------------------------------------------X
```

| | |
|---|---|
| In re: | Chapter 11 |
| **514 EAST 12th STREET LLC,** | Case No. 17-22469-rdd |
| Debtor. | |

```
-------------------------------------------------------X
```

### APPLICATION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ORDER DIRECTING JOINT ADMINISTRATION

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

East Village Properties LLC and its affiliates, as debtors and debtors in possession (together, the "Debtors"), by their proposed attorneys, Robinson Brog Leinwand Greene Genovese & Gluck P.C., seek the entry of an order directing the joint administration of their estates for procedural purposes only pursuant to section 105(a) of title 11 of the United States

{00748277.DOC;1 }

4

Code (the "Bankruptcy Code") and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## JURISDICTION, VENUE AND STATUTORY PREDICATE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. This motion has been referred to this Court for consideration pursuant to Section 157 of the Judicial Code and the Standing Order of Reference Regarding Title 11 (S.D.N.Y. Feb 1, 2012) (Preska, C.J.).

3. The statutory predicates for the relief requested herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b)

## BACKGROUND

4. On March 28, 2017 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

5. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the filing of this motion, no trustee, examiner or committee has been requested or appointed.

6. The Debtors own fifteen residential apartment buildings located in the East Village area of New York City located at 27 St. Marks Place, 514 East 12th Street, 223 East 5th Street, 229 East 5th Street, 231 East 5th Street, 233 East 5th Street, 235 East 5th Street, 66 East 7th Street, 253 East 10th Street, 510 East 12th Street, 228 East 6th Street, 325 East 12th Street, 327 East 12th Street, 329 East 12th Street and 334 East 9th Street (collectively, the "Properties")

{00748277.DOC;1 }

7.  The Debtors operate the Properties as a portfolio of residential apartment buildings under common management and control. The Debtors assets are all secured by a series of five (5) promissory notes and mortgages granted to EVF1 LLC f/k/a EVP 1 LLC in the aggregate approximate amount of $125 million.

## **RELIEF REQUESTED**

8.  By this Motion, the Debtors seek the joint administration and consolidation of the Chapter 11 Cases for procedural purposes only pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b). For the reasons set forth herein, the Debtors believe that, in light of their affiliated status, the joint handling of the administrative matters respecting these cases – including, without limitation, the use of a single docket for matters occurring in the administration of the estates and the combining of notices to creditors – will aid in expediting the Chapter 11 Cases and rendering their administration more efficient and economical.

9.  The Debtors seek the entry of an order directing the joint administration for procedural purposes only pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 1015. A proposed order is annexed hereto.

10.  Bankruptcy Rule 1015 provides that:

> (b) Cases Involving Two or More Related Debtors. If . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates. Prior to entering an order the court shall give consideration to protecting creditors of different estates against potential conflicts of interest. . . .

Fed. R. Bankr. P. 1015(b).

{00748277.DOC;1 }

11. Section 105(a) of the Bankruptcy Code provides, in pertinent part, that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a).

12. The Debtors are "affiliates" through a common ownership structure. Accordingly, this Court is authorized to grant the requested relief. The Debtors believe that joint administration of these Chapter 11 cases would be practical, expedient, economical and less time-consuming for the Debtors, their management and professionals, the Court, the Clerk's office and all parties in interest. Joint administration will avoid the preparation, replication, service, and filing, as applicable, of duplicative notices, applications, and orders in each of the debtor cases, thereby saving the Debtors' estates considerable expense and conserving their resources.

13. The Debtors believe that the majority of the applications, hearings and orders to be made, held and entered in these cases will affect all of the Debtors. Accordingly, the Debtors believe that the burdens on the Clerk and the Court would be substantially increased if separate dockets were maintained for each of the Debtors' cases. Without an order directing joint administration, originals of virtually every pleading, motion, application, notice and order would have to be duplicated and filed and served in each of the these affiliated cases.

14. Accordingly, joint administration and procedural consolidation will facilitate the efficient and economical administration of these cases, promote the interests and convenience of the parties and reduce costs and expedite administration. Further, supervision of the administrative aspects of these cases by the United States Trustee will be simplified.

{00748277.DOC;1 }

15. The Debtors believe that no party in interest will be prejudiced by the relief requested in this motion. The rights of creditors will not be adversely affected because the relief requested is purely procedural and is not intended to affect the substantive rights of any party. In fact, the rights of all creditors will be enhanced by the reduced costs that will result from the joint administration of these Chapter 11 Cases. The Court will also be relieved of the burden of entering duplicative orders and maintaining redundant files.

16. Each creditor will still be required to file a claim against the particular debtor or estate, or Debtors or estates, allegedly responsible for such debt.

17. Accordingly, the Debtors respectfully request that the Court modify the caption of their cases to reflect the joint administration of these chapter 11 cases, as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

In re:

**EAST VILLAGE PROPERTIES LLC,**
*et al.*,[1]

Debtors.

Chapter 11

Case No. 17-22453-rdd

(Jointly Administered)

---------------------------------------------------------X

1. The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

18. The Debtors respectfully request that the docket of the jointly administered cases

{00748277.DOC;1 }

8

be maintained under the case number assigned to East Village Properties LLC, Case No. 17-22453 (RDD). The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket sheet in each of the Debtors' chapter 11 cases:

> An order has been entered in this case, directing the joint administration of this case with the case of East Village Properties LLC, Case No. 17- 22453-rdd.

19.   Finally, the Debtors seek authority to file the monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis, provided that separate allocations of disbursements will be made for each debtor. Consolidated monthly operating reports will further administrative economy and efficiency without prejudice to any party in interest.

## NOTICE

20.   Notice of this motion has been given to the Office of the United States Trustee for the Southern District of New York. The Debtors believe that such notice is sufficient under the circumstances and that no further notice need be given to any party.

## CONCLUSION

21.   For the reasons stated above, the Debtors request that these bankruptcy cases be jointly administered.

22.   No prior request for this relief has been made to this or any other court.

WHEREFORE, the Debtors seek the entry of an order: (i) directing the joint administration of their estates pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy

{00748277.DOC;1 }

Rule 1015(b); and (ii) granting to the Debtors such other and further relief as is just and appropriate.

Dated: New York, New York
April 5, 2017

                **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

By: /s/ A. Mitchell Greene
A. Mitchell Greene
875 Third Avenue
New York, New York 10022
(212) 603-6300
Proposed Attorneys for the Debtors

{00748277.DOC;1}