**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                                                      Chapter 11

**EAST VILLAGE PROPERTIES LLC**,                     Case No.  17-22453-rdd

                                              Debtor.
-----------------------------------------------------------X

In re:                                                                                      Chapter 11

**223 EAST 5TH STREET LLC**,                              Case No.  17-22454-rdd

                                              Debtor.
-----------------------------------------------------------X

In re:                                                                                      Chapter 11

**229 EAST 5TH STREET LLC**,                              Case No.  17-22455-rdd

                                              Debtor.
-----------------------------------------------------------X

In re:                                                                                      Chapter 11

**231 EAST 5TH STREET LLC,**                              Case No.  17-22456-rdd

                                              Debtor.
-----------------------------------------------------------X

In re:                                                                                      Chapter 11

**233 EAST 5th STREET LLC**,                              Case No.  17-22457-rdd

                                              Debtor.
-----------------------------------------------------------X

---------------------------------------------------------X

In re:                                              Chapter 11

**235 EAST 5th STREET LLC**,                        Case No. 17-22458-rdd

                Debtor.
---------------------------------------------------------X

In re:                                              Chapter 11

**228 EAST 6th STREET LLC**,                        Case No. 17-22459-rdd

                Debtor.
---------------------------------------------------------X

In re:                                              Chapter 11

**66 EAST 7th STREET LLC**,                         Case No. 17-22460-rdd

                Debtor.
---------------------------------------------------------X

In re:                                              Chapter 11

**27 ST MARKS PLACE LLC**,                          Case No. 17-22461-rdd

                Debtor.
---------------------------------------------------------X

In re:                                              Chapter 11

**334 EAST 9th STREET LLC**,                        Case No. 17-22462-rdd

                Debtor.
---------------------------------------------------------X

---------------------------------------------------------X

In re:                                                                    Chapter 11

**253 EAST 10th STREET LLC**,                              Case No. 17-22463-rdd

                              Debtor.
---------------------------------------------------------X

In re:                                                                    Chapter 11

**325 EAST 12th STREET LLC**,                              Case No. 17-22464-rdd

                              Debtor.
---------------------------------------------------------X

In re:                                                                    Chapter 11

**327 EAST 12th STREET LLC**,                              Case No. 17-22465-rdd

                              Debtor.
---------------------------------------------------------X

In re:                                                                    Chapter 11

**329 EAST 12th STREET LLC**,                              Case No. 17-22467-rdd

                              Debtor.
---------------------------------------------------------X

In re:                                                                    Chapter 11

**510 EAST 12th STREET LLC**,                              Case No. 17-22468-rdd

                              Debtor.
---------------------------------------------------------X

-----------------------------------------------------------X

In re:                                                                    Chapter 11

**514 EAST 12th STREET LLC**,                             Case No. 17-22469-rdd

                           Debtor.
-----------------------------------------------------------X

**ORDER DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND RELATED RELIEF**

Upon the motion (the "Motion") of East Village Proprieties LLC and its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order under Fed. R. Bankr. P. 1015 and 11 U.S.C. § 105(a) administratively consolidating their respective chapter 11 cases for procedural purposes only and providing for their joint administration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) as a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and, after due deliberation, the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors and warranted under applicable law; and it appearing that no further notice of the Motion is required under the circumstances; and good and sufficient cause appearing,

      **IT IS HEREBY ORDERED THAT**:

      1.      The Motion is granted.

      2.      The above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-22453-rdd.

      3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors' Chapter 11 cases or any of them.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:

**EAST VILLAGE PROPERTIES LLC,**
*et al.*[1],

Debtors.

----------------------------------------------------------X

Chapter 11

Case No. 17-22453-rdd

(Jointly Administered)

5. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case, directing the joint administration of this case with the case of East Village Properties LLC, Case No. 17-22453-rdd

6. All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made in the case of East Village Properties LLC, Case No. 17-22453-rdd

7. Notwithstanding anything to the contrary contained herein, proofs of claim against each particular Debtor shall bear the case name and case number of the relevant Debtor and shall be filed and docketed in the individual case of the relevant Debtor.

8. The Debtors may file a single monthly operating report as required by the Operating Guidelines and Reporting Requirement for Debtors in Possession and Trustees, issued by the Executive Office of United States Trustees (rev. 11/27/13) for the jointly administered Debtors.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

However, the monthly operating report shall be filed on a consolidating (not consolidated) basis. The report shall contain on a consolidating basis the information required for each Debtor that tracks and breaks out all of the specific information, e.g. receipts, disbursements, profit and loss statements, balance sheets and other required information on a Debtor-by-Debtor basis.

9. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  White Plains, New York
        April 6, 2017

                                                   /s/ Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE