ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
Fred B. Ringel
*Proposed Attorneys for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

**EAST VILLAGE PROPERTIES LLC,**
***et al.*,**[1]

Debtors.

----------------------------------------------------------X

Chapter 11

Case No. 17-22453 (RDD)

(Jointly Administered)

## AFFIRMATION PURSUANT TO LOCAL RULE 1007-2

**David Goldwasser**, declares under penalty of perjury as follows:

1. I am the authorized signatory of GC Realty Advisors, LLC, the manager of East Village Properties, LLC and its affiliates (the "Debtors"), and am fully familiar with the facts set forth herein.

2. The Debtors own fifteen residential apartment building located in the East Village area of New York City located at 27 St. Marks Place, 514 East 12th Street, 223 East 5th Street, 229 East 5th Street, 231 East 5th Street, 233 East 5th Street, 235 East 5th Street, 66 East 7th Street, 253 East 10th Street, 510 East 12th Street, 228 East 6th Street, 325 East 12th Street, 327 East 12th Street, 329 East 12th Street and 334 East 9th Street (collectively, the "Properties").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

{00854159.DOC;1 }392093

3. The Debtors' Properties are encumbered by five mortgages granted in favor of EVF 1 LLC, (the "Secured Creditor"). As of the Petition Date, the Debtors are in default under each of the five notes and mortgages and owe the Secured Creditor the sum of $145,347,732.32.

4. Prior to March 28, 2017 (the "Petition Date"), the Debtors defaulted on their obligations to the Secured Creditor, resulting in the Secured Creditor commencing an action to foreclose the Mortgages in the Supreme Court, State of New York, County of New York under Index No. 850052/2107 (the "Foreclosure Action"). In connection with the Foreclosure Action, an Ex-Parte Order Appointing a Temporary Receiver in a Foreclosure Action was entered on or about March 2, 2017, appointing Hon. Melvin L. Schweitzer as receiver (the "Receiver") over the Properties in the Foreclosure Action.

5. Prior to the Receiver's motion to appoint a property manager and in anticipation of filing for chapter 11 protection, the Debtors' prior management – Brookhill Management and Raphael Toledano –were removed from all managerial authority of the Debtors and over the Properties by their Board including their Independent Director.

6. Thereafter, and in order preserve the assets of the Debtors for the benefit of their creditors and to preserve priorities of creditors, the Debtors commenced these chapter 11 cases on the Petition Date.

7. No pre-petition committee was organized prior to the Order for relief.

8. The Debtors secured creditors are set forth on Schedule D to their petitions which schedules were filed on April 14, 2017.

9. A summary of the Debtor's assets and liabilities are set forth on their respective summary sheets filed with their schedules A – H, which schedules were filed on April 14, 2017.

10.  A consolidated schedule of the names and addresses of the Debtors' thirty largest unsecured creditors is annexed to this affirmation.

11.  All suits or proceedings in which the Debtors are named as a party will be listed in the Debtors' Statement of Financial Affairs to be filed.

12.  Pursuant to a cash collateral stipulation negotiated between the Debtors and the Secured Creditor, Silverstone Property Group, LLC ("SPG") will manage the Properties and collect all cash collateral and start making disbursements with the approval of GC Realty Advisors LLC ("GCRE") the Debtors' manager.

13.  A 4 week operating budget will be prepared by SPG and submitted to the Court in accordance with the deadline set forth in the cash collateral stipulation.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: New York, New York
April 16, 2017

                                **EAST VILLAGE PROPERTIES, LLC**
                                **223 EAST 5TH STREET LLC**
                                **229 EAST 5TH STREET LLC**
                                **231 EAST 5TH STREET LLC**
                                **233 EAST 5TH STREET LLC**
                                **235 EAST 5TH STREET LLC**
                                **228 EAST 6TH STREET**
                                **66 EAST 7TH STREET LLC**
                                **27 ST MARKS PLACE LLC**
                                **334 EAST 9TH STREET LLC**
                                **253 EAST 10TH STREET LLC**
                                **325 EAST 12TH STREET LLC**
                                **327 EAST 12TH STREET LLC**
                                **329 EAST 12TH STREET LLC**
                                **510 EAST 12TH STREET LLC**
                                **514 EAST 12TH STREET LLC**

                                **By: GC REALTY ADVISORS, LLC, MANAGER**

                                By_____
                                DAVID GOLDWASSER,
                                AUTHORIZED SIGNATORY
                                GC REALTY ADVISORS, LLC

## TOP 30 LIST OF UNSECURED CREDITORS

| Creditor | Claim Amount |
|---|---|
| S.J. Fuel Co., Inc.<br>601 Union Street<br>P.O. Box 505<br>Brooklyn, NY 11210 | $433,462.02 |
| Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016 | 339,435.23 |
| Grasso-Menziuso Architects PC<br>350 Seventh Ave<br>Suite 405<br>New York, NY 10001 | 103,495.84 |
| CDP Contractors, LLC<br>1005 East 29th Street<br>Brooklyn, NY 11210 | 77,000.00 |
| The Metro Group, Inc.<br>50-23 Twenty-Third Street<br>Long Island City, NY 11101 | 67,887.87 |
| NYC Water Board<br>P.O.Box 11863<br>Newark, NJ 07101-8163 | 49,995.81 |
| United Metro Energy<br>P.O.Box 419212<br>Boston, MA 02241 | 38,677.53 |
| Professional Intelligence Agency, Inc.<br>265 Jericho Turnpike, 2nd Fl<br>Floral Park, NY 11001 | 25,977.81 |
| New York Heating<br>354 Humboldt Street<br>Brooklyn, NY 11211 | 22,809.12 |
| ALC Environmental<br>P O Box 148<br>Feasterville Trevose, PA 19053 | 16,932.50 |
| Rivkin Radler LLP<br>477 Madison Avenue<br>New York, NY 10022 | 16,227.00 |
| Wald Environmental Inc.<br>2738 East 19 Street C2<br>Brooklyn, NY 11235 | 10,286.00 |

| | |
|---|---:|
| **Metropolitan Plumbing & Heating Corp.**<br>194 24th Street<br>Brooklyn, NY 11232 | 8,938.64 |
| **Jack Jaffa & Associates Corp.**<br>Real Estate Consultants<br>147 Prince Street<br>Brooklyn, NY 11201 | 8,741.32 |
| **Sunset Window Fashions**<br>1660 Kimball Street<br>Brooklyn, NY 11234 | 8,552.12 |
| **Time Warner Cable**<br>Box 223085<br>Pittsburgh, PA 15251-085 | 7,940.62 |
| **Express Appliance Corp**<br>150 Broadway Suite 1102<br>New York, NY 10038 | 7,127.28 |
| **Landmark Construction**<br>423 Westminster RD<br>Brooklyn, NY 11218 | 7,000.00 |
| **Citi Habitats**<br>665 Broadway<br>New York, NY 10012 | 6,900.00 |
| **Park Ave Appliance**<br>50 Park Ave South<br>Lakewood, NJ 08701 | 6,705.00 |
| **Global Pest Control**<br>382A Route 59<br>Suite 105<br>Monsey, NY 10952 | 4,991.91 |
| **Plumbing, Plumbing & Plumbing Corp.**<br>908 McDonald Ave<br>Brooklyn, NY 11218 | 4,593.91 |
| **Statewide Supply LLC**<br>627 Diane Place<br>Valley Stream, NY 11581 | 4,558.66 |
| **Berger Boiler Corporation**<br>937 Rogers Avenue<br>Brooklyn, NY 11226 | 3,726.00 |
| **Kove Bros. Inc**<br>89 Seventh Ave<br>New York, NY 10011 | 3,377.96 |

{00853299.DOCX;2 }

17-22453-rdd    Doc 30    Filed 04/17/17    Entered 04/17/17 12:06:42    Main Document
Pg 7 of 7

| | |
|---|---:|
| **NYC Department of Buildings**<br>**Attention CFB- Boilers**<br>**280 Broadway, 6th Floor**<br>**New York, NY 10007** | 3,266.00 |
| **Aggregate Environmental Group LLC**<br>**99 Union Road Suite #K60**<br>**Spring Valley, NY 10977** | 3,052.00 |
| **All Boro Consulting LLC**<br>**123 South 8 Street**<br>**# 101**<br>**Brooklyn, NY 11211** | 3,000.00 |
| **Speedy Lock & Door Co., INC.**<br>**24Hr. Emergency**<br>**17 1st Avenue**<br>**New York, NY 10003** | 2,919.12 |
| **Gotham Wiring Licensed Electrical**<br>**649A East 183rd Street**<br>**Bronx, NY 10458** | 2,496.96 |

{00853299.DOCX;2 }