# United States Bankruptcy Court
### Southern District of New York

In re **EAST VILLAGE PROPERTIES LLC**                                   Case No. **17-22453-rdd**
Debtor(s)                                                              Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| GC Realty Advisors LLC<br>115 Broadway<br>Suite 302<br>New York, NY 10006 | | 49% | Equity |
| Raphael Toledano<br>260 Central Avenue<br>Apt. #224<br>Lawrence, NY 11559 | | 2% | Equity |
| Yonah Halton<br>829 GREENWOOD AVENUE<br>MANAGEMENT OFFICE<br>Brooklyn, NY 11218 | | 49% | Equity |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Signatory of GC Realty Advisors LLC, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 24, 2017**                     Signature **/s/ DAVID GOLDWASSER**
                                                      **DAVID GOLDWASSER**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **EAST VILLAGE PROPERTIES LLC**                                    Case No.  **17-22453-rdd**
Debtor(s)                                                                  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **EAST VILLAGE PROPERTIES LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**GC Realty Advisors LLC
115 Broadway
Suite 302
New York, NY 10006**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 24, 2017** | **/s/ A. MITCHELL GREENE** |
| Date | **A. MITCHELL GREENE** |
| | Signature of Attorney or Litigant |
| | Counsel for  **EAST VILLAGE PROPERTIES LLC** |
| | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** |
| | **875 THIRD AVENUE** |
| | **New York, NY 10022** |
| | **(212) 603-6300** |