## EVF I LLC
### Interim Operating Budget - Detailed Summary

| Detailed Rollup | 4/15/17 - 4/30/17 | 5/1/17 - 5/31/17 | Total | Comments |
|---|---|---|---|---|
| Net Residential Income | 20,450 | 348,254 | 368,704 | Assumes validity of rent rolls provided by debtor; may be inaccurate. |
| Net Commercial Income | - | 35,494 | 35,494 | Assumes validity of rent rolls provided by debtor; may be inaccurate. |
| **Total Revenue** | **20,450** | **383,748** | **404,198** | |
| | | | | |
| Maintenance Payroll- General | - | 53,049 | 53,049 | |
| **TOTAL PAYROLL EXPENSES** | **-** | **53,049** | **53,049** | |
| | | | | |
| Electric Common Area | 2,170 | 7,375 | 9,545 | |
| Gas - Heat & Hot Water | 17,714 | 24,583 | 42,297 | |
| Fuel Oil | 9,778 | - | 9,778 | |
| Water/Sewer Common Area | 150,400 | 135,360 | 285,760 | |
| Utility Processing Fee | - | 128 | 128 | |
| **TOTAL UTILITIES EXPENSES** | **180,062** | **167,446** | **347,508** | |
| | | | | |
| Misc. Service Expenses | - | 23,650 | 23,650 | |
| General/Misc Building R & M | - | 274,923 | 274,923 | |
| **TOTAL REPAIRS & MAINTENANCE** | **-** | **298,573** | **298,573** | Primarily violation remediation to be paid in May. |
| | | | | |
| Consulting Fee - Environmental Testing | 5,000 | 20,000 | 25,000 | |
| Violations and Fines (DOB, HPD, ECB) | 106,726 | - | 106,726 | |
| Licenses, Fees & Permits | 4,600 | - | 4,600 | Related to 325 E 12 gas restoration. |
| Software Licensing Fees | - | 13,275 | 13,275 | |
| Payment Processing Fee | - | 263 | 263 | |
| Marketing-Other | - | 755 | 755 | |
| Inspections & Testing | 757 | 933 | 1,690 | |
| Violation Monitoring | - | 233 | 233 | |
| Resident Services | - | 1,475 | 1,475 | |
| Legal Fees -Landlord/Tenant | - | 10,000 | 10,000 | |
| **TOTAL GENERAL & ADMINISTRATIVE** | **117,083** | **46,934** | **164,017** | Primarily violation penalties that was paid in April. |
| | | | | |
| Management Fee | - | 613 | 613 | |
| **TOTAL MANAGEMENT FEE** | **-** | **613** | **613** | 3% of collections, paid one month in arrears. |
| | | | | |
| Property Insurance | 16,711 | 16,711 | 33,423 | |
| **TOTAL INSURANCE** | **16,711** | **16,711** | **33,423** | Financed premium w/monthly installments |
| | | | | |
| Real Property Taxes | 679,626 | - | 679,626 | |
| **TOTAL PROPERTY TAXES** | **679,626** | **-** | **679,626** | |
| | | | | |
| **TOTAL OPERATING EXPENSES** | **993,483** | **583,327** | **1,576,809** | |
| | | | | |
| **NET OPERATING INCOME** | **(973,033)** | **(199,578)** | **(1,172,611)** | |
| | | | | |
| Security Deposit - Utilities | 29,847 | - | 29,847 | Required by Coned to transfer accounts. |
| Tenant Deposit Funding | - | 386,949 | 386,949 | Based on current occupied gross potential rent. |
| Building Improvements | 10,000 | 160,000 | 170,000 | 325 E 12th - $20k in Asbestos treatment, and $140k for gas restoration. |
| CIP - Hard Costs | - | 1,800,000 | 1,800,000 | Balanced owed to unsecured creditor for unpaid renovation costs. |
| CIP - Soft Costs | - | - | - | |
| Payment of Existing Buyout Agreements | - | 4,364,000 | 4,364,000 | (TBD) |
| **Total Adjustments** | **39,847** | **6,710,949** | **6,750,796** | |
| | | | | |
| **NET CASH FLOW** | **(1,012,880)** | **(6,910,527)** | **(7,923,408)** | |

\* This proposed budget was prepared by Silverstone Property Group based upon and in reliance on the records and documentation in its possession which have been received from the Debtor. The parties are cautioned that the records received from the Debtor are incomplete and therefore Silverstone Property Group reserves the right to amend the budget accordingly.