UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

**EAST VILLAGE PROPERTIES LLC,**
*et al.*,[1]

                        Debtors.
------------------------------------------------------------X

Chapter 11

Case No. 17-22453-rdd

(Jointly Administered)

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                        ss.:
COUNTY OF NEW YORK )

      NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Brooklyn, NY.

2. On the 27th day of April, 2017, I served NOTICE OF ADJOURNED 341(a) MEETING via e-mail upon:

      GREGORY BALTZ, ESQ. - gbaltz@urbanjustice.org
      MARK LADOV, ESQ. - mark.ladov@ag.ny.gov
      JEROLD C. FEUERSTEIN, ESQ. - jfeuerstein@kandfllp.com
      SERENE NAKANO, ESQ. - serene.nakano@usdoj.gov
      PIETER VAN TOL, ESQ. - pieter.vantol@hoganlovells.com
      DAVID MICHAELI, ESQ. - david.michaeli@hoganlovells.com
      SHANE JOHNSON, ESQ. - shane.johnson@hoganlovells.com
      GARY YUENG, ESQ. - gary.yueng@hoganlovells.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

{00857376.DOC;1 }856687

DIEGO PEREZ, ESQ. - diego.perez@hoganlovells.com

ALLYN J. CRAWFORD, ESQ.- acrawford@cbvlaw.com

Sworn to before me this
2nd day of May, 2017

/s/ Nathanael F. Meyers
Nathanael F. Meyers

/S/Robert M. Sasloff
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2018

856687                                                                 {00857376.DOC;1 }