UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    East Village Properties LLC, *et al.*

                          Debtors.

Chapter 11
Case No. 17-22453 (rdd)
(Jointly Administered)

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICE AND PLEADINGS**

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney General Eric T. Schneiderman, hereby files this Notice of Appearance and Request For Service of Notice and Pleadings on behalf of the State of New York, a party in interest in the above captioned bankruptcy case, and does hereby request that all notices required to be given under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and all papers served or required to be served in this case and any related adversary proceeding, be given to and served upon:

        Elena González, Esq.
        Assistant Attorney General
        Office of the New York State Attorney General
        Consumer Frauds Bureau
        120 Broadway, 3rd Floor
        New York, New York 10271

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.

applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise.  The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this case.

Dated: May 11, 2017
      New York, New York

                              Respectfully submitted,
                              Eric T. Schneiderman
                              Attorney General of the State of New York

                      By: /s/  *Elena González*
                              Elena González, Esq.
                              Assistant Attorney General
                              Consumer Frauds Bureau
                              120 Broadway, 3rd Floor
                              New York, NY 10271
                              Telephone: (212) 416-8349
                              Facsimile: (212) 416-8877
                              Email: elena.gonzalez@ag.ny.gov