**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **EAST VILLAGE PROPERTIES LLC**, *et al.*, | Case No. 17-22453 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Ad Hoc Tenant Group appears in the above-captioned chapter 11 case by their undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served on the following, as counsel to the Ad Hoc Tenant Group:

Mark A. McDermott
George A. Zimmerman
Jason N. Kestecher
Thania Charmani
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000
mark.mcdermott@probonolaw.com
george.zimmerman@ probonolaw.com
jason.kestecher@ probonolaw.com
thania.charmani@probonolaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure

statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made with regard to these cases, which affects or seeks to affect in any way any rights or interest of any party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Ad Hoc Tenant Group's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to these cases; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to have documents served in accordance with Federal Rule of Bankruptcy Procedures 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
May 15, 2017

> */s/ Mark A. McDermott*
> Mark A. McDermott
> George A. Zimmerman
> Jason N. Kestecher
> Thania Charmani
> Four Times Square
> New York, New York 10036-6522
> Telephone: (212) 735-3000
> Fax: (212) 735-2000
>
> *Counsel to the Ad Hoc Tenant Group*