UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **EAST VILLAGE PROPERTIES LLC**, *et al.*, | : | Case No. 17-22453 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**VERIFIED STATEMENT OF THE AD HOC TENANT GROUP COUNSEL UNDER
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

The Urban Justice Center Community Development Project and Mark McDermott, George Zimmerman, Jason Kestecher, and Thania Charmani (collectively, the "Ad Hoc Tenant Group Counsel") hereby submit this verified statement (this "Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019 and respectfully states as follows:

1. As of the date of this Statement, the Ad Hoc Tenant Group Counsel represent the individuals listed on Exhibit A (collectively, the "Client Group") as an ad hoc group of tenants of multi-family properties owned by East Village Properties LLC and its affiliated debtors and debtors-in-possession in connection with these Chapter 11 proceedings.[1]

2. In accordance with Federal Rule of Bankruptcy Procedure 2019(c), Exhibit A lists the addresses and the "nature and amount of each disclosable economic interest" held, advised, or managed by such member of the Client Group, or for which such member has investment or voting discretion or control as of the date set forth in Exhibit A.

3. In these proceedings, the Ad Hoc Tenant Group Counsel represent only the interests of the Client Group listed on Exhibit A and does not represent any other entities or

---

[1] The Urban Justice Center can retain co-counsel of its choice pursuant to retainer agreements executed with members of the Client Group and Skadden, Arps, Slate, Meagher & Flom LLP, retained as co-counsel, is still gathering executed signature pages to its engagement letter.

interests in connection with these proceedings. In addition, each member of the Client Group does not purport to act, represent or speak on behalf of any other entity in connection with these proceedings.

4. Nothing contained in this Statement (or <u>Exhibit A</u> hereto) should be construed as a limitation upon, or waiver of, any member of the Client Group's rights to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in these Chapter 11 cases establishing procedures for filing proofs of claim.

5. A supplemental statement detailing any material changes to the above statements will be filed to the extent any should occur.

6. The information contained herein is intended only to comply with Federal Rule of Bankruptcy Procedure 2019 and is not intended for any other use or purpose.

7. The undersigned verifies under penalty of perjury that the foregoing is true and correct.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: May 15, 2017

        URBAN JUSTICE CENTER COMMUNITY
        DEVELOPMENT PROJECT

        */s/ Greg Baltz*
        Stephanie Rudolph
        Greg Baltz
        123 William St., 16th Floor
        New York, New York 10038

        *Co-Counsel to the Ad Hoc Tenant Group*


        */s/ Mark A. McDermott*
        Mark A. McDermott
        George Zimmerman
        Jason Kestecher
        Thania Charmani
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        *Co-Counsel to the Ad Hoc Tenant Group*

## **EXHIBIT A**

| Name of Client | Nature of Interests |
|---|---|
| Ali Ferrari-Fontana | Lease at 223 East 5th St., Apt. 15, New York, NY 10003 |
| Adriana Lopez | Lease at 229 East 5th St., Apt. 1, New York, NY 10003 |
| April Diaz | Lease at 229 East 5th St., Apt. 10, New York, NY 10003 |
| James Horwitz | Lease at 231 East 5th St., Apt. 1, New York, NY 10003 |
| David Longmire | Lease at 231 East 5th St., Apt. 2, New York, NY 10003 |
| Judith Simonian | Lease at 231 East 5th St., Apt. 5, New York, NY 10003 |
| Judith Schwartz | Lease at 231 East 5th St., Apt. 6, New York, NY 10003 |
| Nina d'Alessandro | Lease at 231 East 5th St., Apt. 8, New York, NY 10003 |
| James Markowich | Lease at 233 East 5th St., Apt. 2, New York, NY 10003 |
| Sandra Mayer | Lease at 233 East 5th St., Apt. 2, New York, NY 10003 |
| Rebecca Alexander | Lease at 233 East 5th St., Apt. 3, New York, NY 10003 |
| Monty Stuson | Lease at 233 East 5th St., Apt. 3, New York, NY 10003 |
| Stuart Zamsky | Lease at 235 East 5th St., Apt. 1, New York, NY 10003 |
| Kim Wurster | Lease at 235 East 5th St., Apt. 1, New York, NY 10003 |
| Jennifer Bekman | Lease at 235 East 5th St., Apt. 2, New York, NY 10003 |
| Daisy Negron | Lease at 235 East 5th St., Apt. 3, New York, NY 10003 |
| Sally Young | Lease at 235 East 5th St., Apt. 7, New York, NY 10003 |

| | |
|---|---|
| James Dougherty | Lease at 235 East 5th St., Apt. 7, New York, NY 10003 |
| Karla Rohland | Lease at 228 East 6th St., Apt. 8, New York, NY 10003 |
| Marilyn Duryea | Lease at 228 East 6th St., Apt. 20, New York, NY 10003 |
| Ramon Woo | Lease at 66 East 7th St., Apt. 15, New York, NY 10003 |
| Tammy McJannet | Lease at 27 St. Marks Pl., Apt. 2A, New York, NY 10003 |
| Irena Kadovic | Lease at 27 St. Marks Pl., Apt. 2B, New York, NY 10003 |
| Beth Carey | Lease at 27 St. Marks Pl., Apt. 4A, New York, NY 10003 |
| Kristen Carey | Lease at 27 St. Marks Pl., Apt. 5A, New York, NY 10003 |
| Roy Zornow | Lease at 27 St. Marks Pl., Apt. 5B, New York, NY 10003 |
| Suzanne Ethier | Lease at 27 St. Marks Pl., Apt. 6D, New York, NY 10003 |
| Loretta Mock | Lease at 253 East 10th St., Apt. 1, New York, NY 10009 |
| Susan Rabinowitz | Lease at 253 East 10th St., Apt. 3, New York, NY 10009 |
| Vann D. William Jr. | Lease at 253 East 10th St., Apt. 7, New York, NY 10009 |
| Pamela Jay Eisman | Lease at 253 East 10th St., Apt. 11, New York, NY 10009 |
| Meagan King | Lease at 253 East 10th St., Apt. 19, New York, NY 10009 |
| Richard Harrington | Lease at 253 East 10th St., Apt. 20, New York, NY 10009 |
| Christine Zic | Lease at 325 E 12th St., Apt. 1B, New York, NY 10003 |
| Marilyn Searcy | Lease at 325 E 12th St., Apt. 1E, New York, NY 10003 |

| | |
|---|---|
| Arlae Castellanos | Lease at 325 E 12th St., Apt. 2D, New York, NY 10003 |
| Trissy Callan | Lease at 325 E 12th St., Apt. 3A, New York, NY 10003 |
| Elizabeth Haak | Lease at 325 E 12th St., Apt. 3E, New York, NY 10003 |
| Patricia Triana | Lease at 325 E 12th St., Apt. 4B, New York, NY 10003 |
| Jessica Smith | Lease at 325 E 12th St., Apt. 4F, New York, NY 10003 |
| Kathleen Wakeham | Lease at 325 E 12th St., Apt. 5B, New York, NY 10003 |
| William Engel | Lease at 325 E 12th St., Apt. 5E, New York, NY 10003 |
| Cate McNider | Lease at 325 E 12th St., Apt. 5F, New York, NY 10003 |
| Anna Hutchings | Lease at 325 E 12th St., Apt. 6A, New York, NY 10003 |
| Ellen Hutchings | Lease at 325 E 12th St., Apt. 6A, New York, NY 10003 |
| Jaime Perez Manzano | Lease at 325 E 12th St., Apt. 6B, New York, NY 10003 |
| Kathleen Berry | Lease at 325 E 12th St., Apt. 6F, New York, NY 10003 |
| Wallace Lane Jr | Lease at 327 East 12th St., Apt. 22, New York, NY 10003 |
| Laura Martin | Lease at 329 East 12th St., Apt. 6, New York, NY 10003 |
| Daneyal Mahmood | Lease at 329 East 12th St., Apt. 11, New York, NY 10003 |
| Mary Javorek | Lease at 329 East 12th St., Apt. 15, New York, NY 10003 |
| Martina Raduan | Lease at 510 East 12th St., Apt. 4, New York, NY 10009 |
| Carmen Vargas | Lease at 514 East 12th St., Apt. 18, New York, NY 10009 |

| Joanne Sanchez | Lease at 514 East 12th St., Apt. 18, New York, NY 10009 |
| --- | --- |
| Holly Slayton | Lease at 514 East 12th St., Apt. 20, New York, NY 10009 |