UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                                                    Chapter 11

    EAST VILLAGE PROPERTIES LLC,                          Case no. 17-22453


                                                       Debtor.
----------------------------------------------------------------x

## MOTION TO QUASH

    GC Realty Advisors LLC and David Goldwasser, by their attorneys, Goldberg Rimberg & Weg PLLC, hereby adopt East Village Properties LLC's June 9, 2017 "MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER," (the "Motion") as if fully restated herein and for the reasons stated therein. The stated reasons for the relief requested by East Village Properties LLC's in the Motion are similarly applicable to GC Realty Advisors LLC and David Goldwasser's relief requested herein.

    WHEREFORE, GC Realty Advisors LLC and David Goldwasser request that the Court enter an order quashing the Rule 2004 Subpoenas issued to them, or alternatively enter a protective order limiting the document production, and grant such other relief as is just and proper.

Dated: New York, New York
        June 12, 2017

                                                Goldberg Rimberg & Weg PLLC
                                                *Attorneys for GC Realty Advisors*
                                                *LLC & David Goldwasser*

                                  By:      s/    Steven A. Weg
                                                Steven A. Weg &
                                                Robert L. Rimberg
                                                115 Broadway- 3rd Fl.
                                                New York, NY 10006
                                                (212) 697-3250