**HEARING DATE AND TIME:    JULY 19, 2017 AT 10:00 AM EASTERN TIME**
**OBJECTION DEADLINE: JULY 12, 2017 AT 4:00 PM EASTERN TIME**

**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th Street
Suite 803
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983 Facsimile
Warren J. Martin Jr., Esq.
Rachel A. Parisi, Esq.

*Counsel for Abraham Lokshin, Naum Lokshin and A&N Funding Co. LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EAST VILLAGE PROPERTIES LLC, *et al.,*[1] | Case No.: 17-22453 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION TO HOLD RAPHAEL TOLEDANO IN CONTEMPT OF COURT PURSUANT TO FED. R. BANKR. P. 2004, 7004, 9016 AND FED. R. CIV. P. 45(g)**

**PLEASE TAKE NOTICE**, that upon the motion (hereinafter "Motion") of Abraham Lokshin, Naum Lokshin and A&N Funding Co. LLC, (the "Lokshin Entities"), by and through their undersigned counsel, Porzio, Bromberg & Newman, P.C., the Lokshin Entities will move before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plain, New

---

[1] The debtors ("Debtors") in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

3720936

York, 10601 on a **July 19, 2017 at 10:00 a.m. Eastern Time** (the "Hearing") for entry of an order to hold RAPHAEL TOLEDANO in contempt of Court.

**PLEASE TAKE FURTHER NOTICE** that any answering papers, responses or objections to the Motion shall be made in writing, shall state with particularity the grounds therefore, and shall be filed with the Court (with a courtesy copy delivered to the Chamber of the Honorable Robert D. Drain) and served on Counsel for the Lokshin Entities so as to ensure actual receipt no later than **July 12, 2017 at 4:00 p.m. Eastern Time** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served by the Objection Deadline, the requested relief in the Motion may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the undersigned waives oral argument unless objections are timely filed.

Date: July 6, 2017

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Counsel for Abraham Lokshin, Naum Lokshin and A&N Funding Co. LLC*

By   */s/ Rachel A. Parisi*
    Rachel A. Parisi, Esq.

3720936