**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EAST VILLAGE PROPERTIES LLC, *et al.*,[1] | Case No.: 17-22453 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING THE LOKSHIN ENTITIES' MOTION TO HOLD RAPHAEL TOLEDANO IN CONTEMPT OF COURT PURSUANT TO FED. R. BANKR. P. 2004, 7004, 9016 AND FED. R. CIV. P. 45(g)**

Upon the motion (the "Motion") of Abraham Lokshin, Naum Lokshin and A&N Funding Co. LLC (the "Lokshin Entities") seeking the entry of an order holding Raphael Toledano in contempt of court pursuant to Rules 2004, 7004 and 9016 of the Federal Rules of Bankruptcy Procedure and Rule 45(g) of the Federal Rules of Civil Procedure; and upon the Certification of Rachel A. Parisi, Esq. filed in support of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and, if necessary, a hearing having been held to consider the relief requested in the Motion and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that that Lokshin Entities' Motion is hereby adjourned to July ___, 2017;

---

[1] The debtors ("Debtors") in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

3722175

and it is further

**ORDERED**, that Raphael Toledano shall immediately comply with this Court's 2004 Order by both responding to the document requests in the 2004 Subpoenas by no later than July 21, 2017 and appearing for a deposition at the offices of Porzio, Bromberg & Newman, P.C. located at 156 West 56th Street, Suite 803, New York, NY 10019 by no later than July 24, 2017; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes with respect to this order.

**DATED:**    White Plains, New York
             July___, 2017

                                          _____
                                          **HONORABLE ROBERT D. DRAIN**
                                          **UNITED STATES BANKRUPTCY JUDGE**