**ROBINSON BROG LEINWAND GREENE**        **Hearing Date and Time:**
**GENOVESE & GLUCK P.C.**        **October 31, 2017 at 10:00 a.m.**
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-6300
A. Mitchell Greene
Steven B. Eichel

*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

In re:                                                   Chapter 11

                                                  Case No. 17-22453 (RDD)
**EAST VILLAGE PROPERTIES, LLC,**
*ET AL.*[1]                                        (Jointly Administered)

                                       Debtors.
----------------------------------------------------------------X

## NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING

Time and Date of Hearing:    October 31, 2017 at 10:00 a.m. (Eastern Time)

Location of Hearing:           The Honorable Robert D. Drain, Bankruptcy Judge
                                     United States Bankruptcy Court
                                     Southern District of New York
                                     300 Quarropas Street
                                     White Plains, New York 10601

Copies of Motions:            A copy of each pleading can be viewed on the Court's website at
                                     ecf.nysb.uscourts.gov or by request to the undersigned counsel to
                                     the Debtors.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street LLC (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

{00893371.DOC;1 }

**I.      STATUS CONFERENCE**

**II.     ADJOURNED MATTERS**:

1.  Hearing to confirm the Second Amended Joint Plan of Reorganization of East Village Properties and Affiliated Debtors (ECF doc. no. 136).

    **Related Document:**

    (a)   Certification of Ballots (ECF doc. no. 256).

    **Status: This matter is being adjourned to January 30, 2018**.

2.  Debtors' Objection to Proofs of Claim Nos. 11, 12, and 13 Filed by Ellen Hutchings and Anna Hutchings (ECF Doc. No. 144).

    **Status: This matter is being adjourned to January 30, 2018**.

3.  Debtors' First Omnibus Objection Seeking to Reduce or Expunge Claims (ECF doc. no. 147).

    **Responses Received**:

    (a)   Patrick Moffett's Redacted Opposition to Debtors' First Omnibus Objection Seeking to Reduce to Expunge Claims Relating To East Village Properties LLC (ECF doc. nos. 170, 179).

    (b)   Response of the City of New York to Debtor's Objection to Claims (ECF doc. no. 176).

    (c)   Response of Nathan Ding, Eri Fukushima and Charlotte Yuan to Debtors' First Omnibus Objection Seeking to Reduce or Expunge Claims Relating to East Village Properties LLC (ECF doc. no. 229).

    (d)   Response of the Hon. Melvin L. Schweitzer to Debtor's Omnibus Objection Seeking to Reduce or Expunge Claims Relating to East Village Properties LLC (ECF doc. no. 241).

    **Status: This matter is being adjourned to January 30, 2018**.

4.  Motion, Pursuant to 11 U.S.C. § 543(c)(2), for an Order Providing for and Directing the Payment of Reasonable Compensation for Services Rendered and Costs and Expenses Incurred by the Custodian, the Hon. Melvin L. Schweitzer (ECF doc. no. 242).

    **Related Document:**

    (a)  Stipulation and Order Pursuant to 11 U.S.C. §§ 543(c)(2) and 543 Relieving and Discharging the Hon. Melvin L. Schweitzer as Receiver of the Mortgaged Properties and for Related Relief (ECF doc. no. 249) (the "Stipulation").

    **Status: Pending approval of the Stipulation, this matter is being adjourned to January 30, 2018**.

Dated: New York, New York
       October 27, 2017

                                ROBINSON BROG LEINWAND GREENE
                                GENOVESE & GLUCK P.C.
                                Attorneys for the Debtors


                                By: /s/ A. Mitchell Greene
                                       A. Mitchell Greene

{00893371.DOC;1 }