ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue, 9th Floor
New York, New York 10022-0123
Tel. No.: 212-603-6300
A. Mitchell Greene
*Attorneys for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

**EAST VILLAGE PROPERTIES, LLC,**
*et al.*[1]

                             Debtors.
-------------------------------------------------------X

Chapter 11

Case No.: 17-22453 (RDD)

(Jointly Administered)

## SUPPLEMENTAL DECLARATION OF A. MITCHELL GREENE PURSUANT TO (I) ORDER APPROVING AND AUTHORIZING RETENTION OF ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. AND BANKRUPTCY RULE 2014

A. Mitchell Greene, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.       I am a member of the firm Robinson Brog Leinwand Green Genovese & Gluck P.C. (the "RBL Firm"), which maintains offices for the practice of law at 875 Third Avenue, 9th Floor, New York, New York 10022. I am admitted in, practicing in, and a member in good standing of the bar of the State of New York and the bar of the United States District Court for the Southern and Eastern Districts of New York. I submit this supplemental declaration notifying of the RBL Firm's upcoming rate increases effective February 1, 2018, in

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street LLC (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

compliance with the notice requirements set forth in the Order Authorizing the Employment and Retention of the RBL Firm as Attorneys to the Debtors (the "RBL Retention Order"). The Application was supported by my declaration (the "Greene Declaration"). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness would testify competently thereto.

      2.      I submit this declaration in accordance with the RBL Retention Order which provided that the RBL Firm shall, prior to any increases in its rates, file a supplemental declaration with the Court and provide ten business days' notice to the United States Trustee and other parties in interest, which supplemental declaration shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code.

      3.      As set forth in the Greene Declaration, the RBL Firm's hourly rates are reviewed annually as part of the RBL Firm's ordinary business practices and rate adjustments, if any, are implemented at the beginning of the new year or at such later date as required to comply with existing orders authorizing the RBL Firm's retention. Following its recent review, the RBL Firm has determined that effective February 1, 2018, the hourly rates will range from: $475 to $700 for partners; $485 to $550 for counsel; $250 to $450 for associates; and $175 to $250 for paralegals and support staff. These adjustments reflect our continuing goal to provide high quality and cost- efficient services to our clients.

      4.      When assessing whether or not to adjust its market rates, the RBL Firm obtains information from public sources that provide general information regarding peer firms. Based upon that information, and having been directly involved in a multitude of cases in the Southern and Eastern Districts of New York, the RBL Firm is knowledgeable about, and familiar with the rates that are charged by other firms of similar reputation, quality and expertise; and

working in the same or similar cases in which the RBL Firm is involved. The RBL Firm's rates are comparable to or lower than such other New York City based firms' rates.

5. The RBL Firm submits that this increase is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as this is applied firm–wide, and the new rate is comparable to those in similar circumstances by similarly skilled professionals. The RBL Firm is providing not less than ten business days' notice to the parties provided for in the RBL Retention Order before the new rates take effect.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 25, 2018
New York, New York

/s/ A. Mitchell Greene
**A. MITCHELL GREENE**