**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th Floor
New York, New York 10022-0123
Tel. No.: 212-603-6300
**A. Mitchell Greene**
**Fred B. Ringel**
*Attorneys for the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **EAST VILLAGE PROPERTIES, LLC,** *et al.*[1] | Case No.: 17-22453 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARINGS

PLEASE TAKE NOTICE, that the hearing on: (A) confirmation of the Third Amended Joint Plan of Reorganization of East Village Properties and Affiliated Debtors [ECF Doc. No. 248]; and (B) Debtors' Motion for Entry of Order Extending the Time Within Which They May Solicit Acceptances with Respect to Their Second Amended Joint Plan of Reorganization and for Related Relief [Docket No. 234] have been adjourned from February 12, 2018 at 10:00 a.m. to **February 27, 2018 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE, that the hearing on: (A) Debtors' Objection to Proofs of Claim Nos. 11, 12, and 13 Filed by Ellen Hutchings and Anna Hutchings [ECF Doc. No. 144]; (B) Debtors' First Omnibus Objection Seeking to Reduce or Expunge Claims [ECF

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street LLC (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

{00912942.DOCX;1 }

Doc. No. 147]; and (C) Motion, Pursuant to 11 U.S.C. § 543(c)(2), for an Order Providing for and Directing the Payment of Reasonable Compensation for Services Rendered and Costs and Expenses Incurred by the Custodian, the Hon. Melvin L. Schweitzer [ECF Doc. No. 242] have been adjourned from February 12, 2018 at 10:00 a.m. to **March 12, 2018 at 10:00 a.m.**

**DATED:**     New York, New York
February 1, 2018

         **ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for the Debtors**
875 Third Avenue
New York, New York 10022
(212) 603-6300
**By: /s/A. Mitchell Greene**
    A. Mitchell Greene