ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
A. Mitchell Greene, Esq.

*Attorneys for the Debtors and Debtors in Possession*

**Presentment Date:**
September 28, 2018 at 12:00 p.m.

**Objection Deadline:**
September 21, 2018

**Hearing Date:**
September 28, 2018 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

**EAST VILLAGE PROPERTIES LLC,**
*et al.[1]*,

                    Debtors.
-----------------------------------------------------------X

Chapter 11

Case No: 17-22453 (RDD)
(Jointly Administered)

### NOTICE OF PRESENTMENT OF
### ORDER EXPUNGING CERTAIN TENANT CLAIMS

**PLEASE TAKE NOTICE**, that the attached Order Expunging Certain Tenant Claims (the "Proposed Order"), will be presented to the **Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, N.Y. 10601, on September 28, 2018 at 12:00 P.M.** (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the application, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the United States Bankruptcy Court, Southern District of New

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

{00952992.DOC;1 }557954

York, 300 Quarropas Street, White Plains, New York 10601, with a copy to Chambers, provided, however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov, and served so as to be received by the attorneys for Debtors, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, 9th Floor, New York, New York 10022, Attention: A. Mitchell Greene, Esq., and the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10004, Attention: Serene Nakano, Esq. no later than seven (7) days prior to the Presentment Date.

In the event objections are timely interposed, the Court will hold a hearing on the Proposed Order on September 28, 2018 at 10:00 a.m. In the event no objections are timely interposed, the Order may be signed.

**DATED:** New York, New York
September 7, 2018

                       **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
                       **Attorneys for Debtors**
                       875 Third Avenue, 9th Floor
                       New York, New York 10022
                       Tel. No.: (212) 603-6300
                       **By: /s/ A. Mitchell Greene**
                            **A. Mitchell Greene**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                    Chapter 11

**EAST VILLAGE PROPERTIES LLC,**                          Case No.: 17-22453 (RDD)
*et al.*[1]

                                (Jointly Administered)
                    Debtors.

------------------------------------------------------------X

## ORDER EXPUNGING CERTAIN TENANT CLAIMS

Upon the Debtors'[2] First Omnibus Objection Seeking to Reduce or Expunge Claims Relating to East Village Properties LLC (the "Motion") ( ECF doc. no. 147) and due and sufficient notice of the Motion having been given to parties entitled to notice and no other or further notice being required; and upon the Scheduling Order Regarding Debtors' First Omnibus Objection Seeking to Reduce or Expunge Claim ("Scheduling Order") (ECF doc. no. 208) and the affidavit of service of the Scheduling Order (ECF doc. no. 213); and the Scheduling Order having directed that tenants who filed claims in an unliquidated amount to amend their claims to assert a liquidated claim amount, with backup documentation to support the claim no later than September 15, 2017; and the Scheduling Order having provided that the failure to timely file an amended claim in a liquidated amount with backup documentation to support the claim on or before September 15, 2017 shall result in such claim being expunged in its entirety without further notice or hearing; and the claimants set forth on Exhibit A to this order having failed to

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street LLC (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

file an amended claim in a liquidated amount and/or backup documentation to support the claim on or before September 15, 2017 or to otherwise oppose the Motion or entry of this order, it is

**ORDERED**, that the claims filed by Cesar Andres Benitez Villa, Patricia Triana, Anna Oleksiuk, and Sameh Elguizaoui, are disallowed and expunged in their entirety; and it is further

**ORDERED**, that the Court shall retain jurisdiction over all matters relating to the implementation or interpretation of this order.

Dated:  White Plains New York
        September __, 2018

                                        Honorable Robert D. Drain
                                        United States Bankruptcy Judge

| East Village Properties, LLC, Case No. 17-22453 (RDD): | | |
|---|---|---|
| Claim No. | Claimant | Amount Asserted in Claim |
| Claim No. 20 | Cesar Andres Benitez Villa | Unknown |
| Claim No. 24 | Patricia Triana | $0.00 |

229 East 5th Street LLC, Case No. 17-22455 (RDD):

| Claim No. | Claimant | Amount Asserted in Claim |
|---|---|---|
| Claim No. 6 | Anna Oleksiuk | To be determined |

228 East 6th Street LLC, Case No. 17-22459 (RDD):

| Claim No. | Claimant | Amount Asserted in Claim |
|---|---|---|
| Claim No. 6 | Sameh Elguizaoui | To be determined |