**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re:

**EAST VILLAGE PROPERTIES, LLC,**    Chapter 11
*et al.*[1]                          Case No. 17-22453 (RDD)
                                     (Jointly Administered)

                   Debtors.

-----------------------------------------------------------x

# MARCH 2021 OPERATING REPORT PREPARED BY SILVERSTONE PROPERTY GROUP LLC AS PROPERTY MANAGER FOR THE DEBTORS

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' taxpayer identification number are as follows: East Village Properties LLC (1437); 223 East 5th Street LLC (8999); 229 East 5th Street LLC (8348); 231 East 5th Street LLC (4013); 233 East 5th Street LLC (8999); 235 East 5th Street LLC (1702); 228 East 6th Street LLC (2965); 66 East 7th Street LLC (1812); 27 St Marks Place LLC (1789); 334 East 9th Street LLC (7903); 253 East 10th Street LLC (4317); 325 East 12th Street LLC (0625); 327 East 12th Street LLC (7195); 329 East 12th Street LLC (0475); 510 East 12th Street LLC (1469); and 514 East 12th Street LLC (7232).

{01057182.DOC;1 }

4/26/2021 3:27 PM

East Village Portfolio + Commercial (.evp2)

## Income Statement

Period = Mar 2021

Book = Accrual ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **OPERATING INCOME** | | | | |
| **REVENUE** | | | | |
| **RENT REVENUE** | | | | |
| **RESIDENTIAL RENT** | | | | |
| **GROSS POTENTIAL RENT** | | | | |
| Residential Rent | 182,135.31 | 0.00 | 550,221.38 | 0.00 |
| Preferential Rent | -14,278.58 | 0.00 | -42,835.74 | 0.00 |
| SCRIE Credit | -581.12 | 0.00 | -2,387.40 | 0.00 |
| DRIE Credit | -314.13 | 0.00 | -942.39 | 0.00 |
| **TOTAL GROSS POTENTIAL RENT** | **166,961.48** | **0.00** | **504,055.85** | **0.00** |
| Less: Concessions | -8,569.52 | 0.00 | -1,058,568.80 | 0.00 |
| **NET RESIDENTIAL RENT** | **158,391.96** | **0.00** | **-554,512.95** | **0.00** |
| **COMMERCIAL RENT** | | | | |
| Commercial Rent | 33,879.18 | 0.00 | 46,037.54 | 0.00 |
| **TOTAL COMMERCIAL RENT** | **33,879.18** | **0.00** | **46,037.54** | **0.00** |
| **NET RENT REVENUE** | **192,271.14** | **0.00** | **-508,475.41** | **0.00** |
| **OTHER REVENUE** | | | | |
| Late Fees | 0.00 | 0.00 | -275.00 | 0.00 |
| NSF Fees | 50.00 | 0.00 | 100.00 | 0.00 |
| Storage Fees | 650.00 | 0.00 | 1,950.00 | 0.00 |
| Miscellaneous Income | 0.00 | 0.00 | 2,780.00 | 0.00 |
| **TOTAL OTHER REVENUE** | **700.00** | **0.00** | **4,555.00** | **0.00** |
| **TOTAL REVENUE** | **192,971.14** | **0.00** | **-503,920.41** | **0.00** |
| **OPERATING EXPENSES** | | | | |
| **PAYROLL EXPENSES** | | | | |
| Maintenance Payroll- General | 32,839.39 | 0.00 | 118,127.32 | 0.00 |
| **TOTAL PAYROLL EXPENSES** | **32,839.39** | **0.00** | **118,127.32** | **0.00** |
| **UTILITIES EXPENSES** | | | | |
| Electric Common Area | 5,632.44 | 0.00 | 12,125.02 | 0.00 |
| Electric Vacant | 7,190.28 | 0.00 | 17,005.18 | 0.00 |
| Fuel Oil | 2,102.68 | 0.00 | 10,212.64 | 0.00 |
| Gas - Heat & Hot Water | 36,790.87 | 0.00 | 99,361.79 | 0.00 |
| Gas Vacant | 3,743.72 | 0.00 | 8,847.70 | 0.00 |
| Water/Sewer Common Area | 4,779.26 | 0.00 | 23,284.95 | 0.00 |
| **TOTAL UTILITIES EXPENSES** | **60,239.25** | **0.00** | **170,837.28** | **0.00** |
| **REPAIRS & MAINTENANCE** | | | | |
| **MAINTENANCE CONTRACTS** | | | | |
| Exterminating Contract | 1,528.60 | 0.00 | 4,585.71 | 0.00 |
| HVAC Service Contract | 0.00 | 0.00 | 25,531.21 | 0.00 |
| **TOTAL MAINTENANCE CONTRACTS** | **1,528.60** | **0.00** | **30,116.92** | **0.00** |
| **GENERAL REPAIRS & MAINTENANCE** | | | | |
| Plumbing - Apartment R & M | 299.41 | 0.00 | 299.41 | 0.00 |
| Plumbing - Building R & M | 3,239.04 | 0.00 | 6,986.69 | 0.00 |

4/26/2021 3:27 PM

East Village Portfolio + Commercial (.evp2)

## Income Statement

Period = Mar 2021

Book = Accrual ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| Plumbing R & M | 0.00 | 0.00 | 60.06 | 0.00 |
| Locksmith | 0.00 | 0.00 | 1,210.69 | 0.00 |
| Window R & M | 707.69 | 0.00 | 1,174.76 | 0.00 |
| Boiler R & M | 2,237.82 | 0.00 | 2,361.18 | 0.00 |
| **TOTAL GENERAL REPAIRS & MAINTENANCE** | **6,483.96** | **0.00** | **12,092.79** | **0.00** |
| **SUPPLIES** | | | | |
| Paint Supplies | 614.76 | 0.00 | 614.76 | 0.00 |
| Plumbing Supplies | 0.00 | 0.00 | 86.69 | 0.00 |
| Janitorial Supplies | 0.00 | 0.00 | 4,380.13 | 0.00 |
| Electrical Supplies | 0.00 | 0.00 | 133.87 | 0.00 |
| General Building Supplies | 1,332.85 | 0.00 | 2,562.89 | 0.00 |
| Fire Extinguishers | 1,501.18 | 0.00 | 1,501.18 | 0.00 |
| **TOTAL SUPPLIES** | **3,448.79** | **0.00** | **9,279.52** | **0.00** |
| **TURNOVER EXPENSE** | | | | |
| Appliance Turns | 690.27 | 0.00 | 690.27 | 0.00 |
| **TOTAL TURNOVER EXPENSE** | **690.27** | **0.00** | **690.27** | **0.00** |
| **TOTAL REPAIRS & MAINTENANCE** | **12,151.62** | **0.00** | **52,179.50** | **0.00** |
| **GENERAL & ADMINISTRATIVE** | | | | |
| **PROFESSIONAL FEES** | | | | |
| Legal Fees -Landlord/Tenant | 1,873.70 | 0.00 | 2,012.70 | 0.00 |
| Legal Fees  -  Other | 0.00 | 0.00 | 24,723.00 | 0.00 |
| **TOTAL PROFESSIONAL FEES** | **1,873.70** | **0.00** | **26,735.70** | **0.00** |
| **DUES LICENSES PERMITS** | | | | |
| Registration Fees (Boiler) | 0.00 | 0.00 | 1,240.00 | 0.00 |
| **TOTAL DUES LICENSES PERMITS** | **0.00** | **0.00** | **1,240.00** | **0.00** |
| **COMPUTER EXPENSES** | | | | |
| Tech & Data Services | 6,493.31 | 0.00 | 10,297.40 | 0.00 |
| Internet/Phone/Cable Expense | 2,379.68 | 0.00 | 6,839.08 | 0.00 |
| **TOTAL COMPUTER EXPENSES** | **8,872.99** | **0.00** | **17,136.48** | **0.00** |
| **ADMINISTRATIVE EXPENSES** | | | | |
| Banking Fees | 27.65 | 0.00 | 125.23 | 0.00 |
| Postage | 0.00 | 0.00 | 8.90 | 0.00 |
| **TOTAL ADMINISTRATIVE EXPENSES** | **27.65** | **0.00** | **134.13** | **0.00** |
| **TOTAL GENERAL & ADMINISTRATIVE** | **10,774.34** | **0.00** | **45,246.31** | **0.00** |
| **MANAGEMENT FEE** | | | | |
| Management Fee | 37,500.00 | 0.00 | 112,500.00 | 0.00 |
| **TOTAL MANAGEMENT FEE** | **37,500.00** | **0.00** | **112,500.00** | **0.00** |
| **INSURANCE** | | | | |
| Property Insurance | 0.00 | 0.00 | 152,955.71 | 0.00 |
| **TOTAL INSURANCE** | **0.00** | **0.00** | **152,955.71** | **0.00** |
| **PROPERTY TAXES** | | | | |

**4/26/2021 3:27 PM**

East Village Portfolio + Commercial (.evp2)

## Income Statement

Period = Mar 2021

Book = Accrual ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| Real Property Taxes | 0.00 | 0.00 | -1,114.68 | 0.00 |
| **TOTAL PROPERTY TAXES** | **0.00** | **0.00** | **-1,114.68** | **0.00** |
| **TOTAL OPERATING EXPENSES** | **153,504.60** | **0.00** | **650,731.44** | **0.00** |
| **NET OPERATING INCOME** | **39,466.54** | **0.00** | **-1,154,651.85** | **0.00** |
| **NON-OPERATING ADMIN EXPENSE** | | | | |
| Utility Processing Fee Non-Operating | 1,198.45 | 0.00 | 2,512.59 | 0.00 |
| Inspections & Testing Non-Operating | 0.00 | 0.00 | 1,224.84 | 0.00 |
| Violation Monitoring Non-Operating | 3,139.46 | 0.00 | 26,622.67 | 0.00 |
| Payment Processing Fee Non-Operating | 613.29 | 0.00 | 2,164.87 | 0.00 |
| Tech & Data Services Non-Operating | 19,230.13 | 0.00 | 20,764.27 | 0.00 |
| Legal Fees Non-Operating | 15,611.72 | 0.00 | 26,433.96 | 0.00 |
| Violations and Fines Non-Operating | 190.00 | 0.00 | 4,139.50 | 0.00 |
| **TOTAL NON-OPERATING ADMIN EXPENSE** | **39,983.05** | **0.00** | **83,862.70** | **0.00** |
| **NET INCOME** | **-516.51** | **0.00** | **-1,238,514.55** | **0.00** |

4/26/2021 3:29 PM

East Village Portfolio + Commercial (.evp2)

# Balance Sheet (With Period Change)

Period = Mar 2021

Book = Accrual ; Tree = ysi_bs

|  | Balance Current Period | Beginning Balance | Net Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **CASH** | | | |
| Operating Account-Signature | -169,478.50 | 117,475.71 | -286,954.21 |
| Construction Account | 1,228.00 | 1,228.00 | 0.00 |
| Security Deposit | 289,183.35 | 271,183.35 | 18,000.00 |
| **TOTAL CASH** | **120,932.85** | **389,887.06** | **-268,954.21** |
| | | | |
| **ACCOUNTS RECEIVABLE** | | | |
| Accounts Receivable | 1,294,212.87 | 1,250,118.33 | 44,094.54 |
| Accounts Recv Concession | -449,990.34 | -571,639.05 | 121,648.71 |
| Due To / From | 6,420.86 | -79.14 | 6,500.00 |
| **TOTAL ACCOUNTS RECEIVABLE** | **850,643.39** | **678,400.14** | **172,243.25** |
| | | | |
| **PROPERTY** | | | |
| Building Improvements | 1,776,476.38 | 1,776,476.38 | 0.00 |
| Improvement-Apartments | 1,727,596.14 | 1,727,596.14 | 0.00 |
| Appliances | 22,490.57 | 22,490.57 | 0.00 |
| Capitalized Broker Fees | 50,375.39 | 50,375.39 | 0.00 |
| Improvement-Tenant Buyout | 2,652,452.20 | 2,652,452.20 | 0.00 |
| Structural Repairs | 4,700.00 | 4,700.00 | 0.00 |
| Building Intercom | 4,161.74 | 4,161.74 | 0.00 |
| New Building Facade | 2,600.00 | 2,600.00 | 0.00 |
| Buyout Expenses | 39,172.80 | 39,172.80 | 0.00 |
| CIP - Hard Costs | 179,860.07 | 74,230.00 | 105,630.07 |
| CIP - Soft Costs | 343,541.12 | 298,536.12 | 45,005.00 |
| **TOTAL PROPERTY** | **6,803,426.41** | **6,652,791.34** | **150,635.07** |
| | | | |
| **OTHER ASSETS** | | | |
| Pre-Paid Real Estate Taxes | 673,013.23 | 673,013.23 | 0.00 |
| Security Deposit - Utilities | 41,581.60 | 40,781.60 | 800.00 |
| **TOTAL OTHER ASSETS** | **714,594.83** | **713,794.83** | **800.00** |
| **TOTAL ASSETS** | **8,489,597.48** | **8,434,873.37** | **54,724.11** |
| | | | |
| **LIABILITIES & CAPITAL** | | | |
| **LIABILITIES** | | | |
| | | | |
| **ACCOUNTS PAYABLE** | | | |
| Accounts Payable | 70,511.34 | 118,862.20 | -48,350.86 |
| **TOTAL ACCOUNTS PAYABLE** | **70,511.34** | **118,862.20** | **-48,350.86** |
| | | | |
| **OTHER LIABILITIES** | | | |

**4/26/2021 3:29 PM**

East Village Portfolio + Commercial (.evp2)

# Balance Sheet (With Period Change)

Period = Mar 2021

Book = Accrual ; Tree = ysi_bs

|  | Balance Current Period | Beginning Balance | Net Change |
|---|---:|---:|---:|
| Prepaid Rent | 166,377.33 | 154,285.85 | 12,091.48 |
| Tenant Deposits | 149,670.10 | 131,670.10 | 18,000.00 |
| Tenant Deposits-Clearing | 11,693.69 | 11,693.69 | 0.00 |
| Last Month in Advance | -3,775.00 | -3,775.00 | 0.00 |
| Partner's Loans | 13,233,764.13 | 13,160,264.13 | 73,500.00 |
| **TOTAL OTHER LIABILITIES** | **13,557,730.25** | **13,454,138.77** | **103,591.48** |
| **TOTAL LIABILITIES** | **13,628,241.59** | **13,573,000.97** | **55,240.62** |
|  |  |  |  |
| **CAPITAL** |  |  |  |
| Owner Contribution | 348,135.07 | 348,135.07 | 0.00 |
| Retained Earnings | -5,486,779.18 | -5,486,262.67 | -516.51 |
| **TOTAL CAPITAL** | **-5,138,644.11** | **-5,138,127.60** | **-516.51** |
| **TOTAL LIABILITIES & CAPITAL** | **8,489,597.48** | **8,434,873.37** | **54,724.11** |

4/26/2021 3:30 PM

## Aged Receivables

Age As Of: 03/31/2021  Post To: 03/2021

| Property | Property Name | Total Unpaid Charges | 0-30 days | 31-60 days | 61-90 days | Over 90 days | Prepays | Balance |
|---|---|---|---|---|---|---|---|---|
| 119 | 327 East 12th Street LLC (Com) | 5,250.00 | 0.00 | 0.00 | 0.00 | 5,250.00 | 0.00 | 5,250.00 |
| 120 | 334 East 9th Street (Com) | 22,681.19 | 4,179.18 | 4,179.18 | 4,179.18 | 10,143.65 | 0.00 | 22,681.19 |
| 121 | 66 East 7th Street LLC (Com) | 22,325.00 | 1,900.00 | 625.00 | 0.00 | 19,800.00 | 0.00 | 22,325.00 |
| 124 | 27 St Marks Place LLC (Com) | 21,800.00 | 21,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,800.00 |
| 17 | 223 East 5th Street LLC | -105.40 | -1,108.95 | -18,314.40 | 2,228.90 | 17,089.05 | -10,630.41 | -10,735.81 |
| 18 | 228 East 6th Street LLC | -19,432.47 | 822.86 | -33,702.58 | 1,732.81 | 11,714.44 | -6,747.24 | -26,179.71 |
| 23 | 235 East 5th Street LLC | -15,205.20 | 0.00 | -15,205.20 | 0.00 | 0.00 | -13,003.04 | -28,208.24 |
| 24 | 253 East 10th Street LLC | 613.93 | 2,870.58 | -30,511.35 | 2,540.98 | 25,713.72 | -15,871.18 | -15,257.25 |
| 26 | 27 St Marks Place LLC | 92,701.17 | 1,402.97 | -27,932.96 | 2,412.06 | 116,819.10 | -16,767.87 | 75,933.30 |
| 31 | 325 East 12th Street LLC | 20,799.75 | 832.80 | -85,053.80 | 3,379.42 | 101,641.33 | -18,811.97 | 1,987.78 |
| 32 | 327 East 12th Street LLC | 119,633.66 | -3,782.70 | -16,777.59 | 3,484.00 | 136,709.95 | -14,756.24 | 104,877.42 |
| 33 | 329 East 12th Street LLC | 124,394.17 | 3,922.30 | -16,902.61 | 4,067.62 | 133,306.86 | -6,463.57 | 117,930.60 |
| 34 | 334 East 9th Street LLC | 164,247.43 | 3,613.00 | -40,887.18 | 3,287.06 | 198,234.55 | -13,737.46 | 150,509.97 |
| 48 | 510 East 12th Street LLC | -24,543.63 | 0.00 | -26,731.69 | 0.00 | 2,188.06 | -18,906.94 | -43,450.57 |
| 49 | 514 East 12th Street LLC | 51,411.44 | 741.17 | -10,937.22 | 2,492.33 | 59,115.16 | -4,239.74 | 47,171.70 |
| 58 | 66 East 7th Street LLC | 159,420.87 | 4,420.75 | -31,943.04 | 4,481.00 | 182,462.16 | -18,644.62 | 140,776.25 |
| 80 | 229 East 5th Street LLC | -13,014.87 | 0.00 | -19,914.87 | 0.00 | 6,900.00 | -2,565.23 | -15,580.10 |
| 81 | 231 East 5th Street LLC | -20,950.25 | 849.15 | -25,210.63 | 849.15 | 2,562.08 | -5,397.83 | -26,348.08 |
| 83 | 233 East 5th Street LLC | 132,195.74 | 5,000.00 | -7,238.13 | 5,000.00 | 129,433.87 | -3,127.29 | 129,068.45 |
| **Total** | | **844,222.53** | **47,463.11** | **-402,459.07** | **40,134.51** | **1,159,083.98** | **-169,670.63** | **674,551.90** |

4/26/2021 3:31 PM

## Z_Collection Status Summary1
Report Date: 04/19/2021

Property=.evp2  AND Ending mm/yy=03/2021

| Property Code | Property Name | Open Charges | 30-Day AR | Rent Collected | Percent Collected |
|---|---|---:|---:|---:|---:|
| 17 | 223 EAST 5TH STREET LLC | 11,219.74 | -1,108.95 | 12,328.69 | 109.88 |
| 18 | 228 EAST 6TH STREET LLC | 10,670.10 | 822.86 | 9,847.24 | 92.29 |
| 80 | 229 EAST 5TH STREET LLC | 8,565.23 | 0.00 | 8,565.23 | 100.00 |
| 81 | 231 EAST 5TH STREET LLC | 6,246.98 | 849.15 | 5,397.83 | 86.41 |
| 83 | 233 EAST 5TH STREET LLC | 8,127.29 | 5,000.00 | 3,127.29 | 38.48 |
| 23 | 235 EAST 5TH STREET LLC | 4,763.12 | 0.00 | 4,763.12 | 100.00 |
| 24 | 253 EAST 10TH STREET LLC | 10,414.96 | 2,870.58 | 7,544.38 | 72.44 |
| 26 | 27 ST MARKS PLACE LLC | 11,895.78 | 1,402.97 | 10,492.81 | 88.21 |
| 124 | 27 ST MARKS PLACE LLC (COM) | 45,800.00 | 21,800.00 | 24,000.00 | 52.40 |
| 31 | 325 EAST 12TH STREET LLC | 22,632.69 | 832.80 | 21,799.89 | 96.32 |
| 32 | 327 EAST 12TH STREET LLC | 1,188.06 | -3,782.70 | 4,970.76 | 418.39 |
| 33 | 329 EAST 12TH STREET LLC | 11,895.42 | 3,922.30 | 7,973.12 | 67.03 |
| 120 | 334 EAST 9TH STREET (COM) | 4,179.18 | 4,179.18 | 0.00 | 0.00 |
| 34 | 334 EAST 9TH STREET LLC | 18,068.20 | 3,613.00 | 14,455.20 | 80.00 |
| 48 | 510 EAST 12TH STREET LLC | 11,838.24 | 0.00 | 11,838.24 | 100.00 |
| 49 | 514 EAST 12TH STREET LLC | 4,980.91 | 741.17 | 4,239.74 | 85.12 |
| 58 | 66 EAST 7TH STREET LLC | 16,585.24 | 4,420.75 | 12,164.49 | 73.35 |
| 121 | 66 EAST 7TH STREET LLC (COM) | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| | | **210,971.14** | **47,463.11** | **163,508.03** | |

4/26/2021 3:34 PM

East Village Portfolio + Commercial (.evp2)

# Cash Flow Statement
Period = Mar 2021

Book = Cash ; Tree = ysi_cf

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **OPERATING INCOME** | | | | |
| **REVENUE** | | | | |
| **RENT REVENUE** | | | | |
| **RESIDENTIAL RENT** | | | | |
| **GROSS POTENTIAL RENT** | | | | |
| Residential Rent | 151,495.51 | 0.00 | 664,356.39 | 0.00 |
| Preferential Rent | -5,131.94 | 0.00 | -33,725.56 | 0.00 |
| SCRIE Credit | -1,332.50 | 0.00 | -2,387.40 | 0.00 |
| DRIE Credit | -314.13 | 0.00 | -942.39 | 0.00 |
| **TOTAL GROSS POTENTIAL RENT** | **144,716.94** | **0.00** | **627,301.04** | **0.00** |
| Less: Concessions | -130,218.23 | 0.00 | -608,578.46 | 0.00 |
| Plus: Prepaid Rent | 12,091.48 | 0.00 | 134,814.38 | 0.00 |
| **NET RESIDENTIAL RENT** | **26,590.19** | **0.00** | **153,536.96** | **0.00** |
| **COMMERCIAL RENT** | | | | |
| Commercial Rent | 12,154.18 | 0.00 | 20,283.36 | 0.00 |
| **TOTAL COMMERCIAL RENT** | **12,154.18** | **0.00** | **20,283.36** | **0.00** |
| **NET RENT REVENUE** | **38,744.37** | **0.00** | **173,820.32** | **0.00** |
| **OTHER REVENUE** | | | | |
| Late Fees | -175.00 | 0.00 | 2,507.96 | 0.00 |
| NSF Fees | 100.00 | 0.00 | 200.00 | 0.00 |
| Storage Fees | 650.00 | 0.00 | 2,658.35 | 0.00 |
| Key & Lock Fees | 0.00 | 0.00 | 50.00 | 0.00 |
| Miscellaneous Income | 0.00 | 0.00 | 2,780.00 | 0.00 |
| **TOTAL OTHER REVENUE** | **575.00** | **0.00** | **8,196.31** | **0.00** |
| **TOTAL REVENUE** | **39,319.37** | **0.00** | **182,016.63** | **0.00** |
| **OPERATING EXPENSES** | | | | |
| **PAYROLL EXPENSES** | | | | |
| Maintenance Payroll- General | 85,287.93 | 0.00 | 144,855.13 | 0.00 |
| **TOTAL PAYROLL EXPENSES** | **85,287.93** | **0.00** | **144,855.13** | **0.00** |
| **UTILITIES EXPENSES** | | | | |
| Electric Common Area | 6,124.05 | 0.00 | 13,141.48 | 0.00 |
| Electric Vacant | 7,478.16 | 0.00 | 22,218.20 | 0.00 |
| Fuel Oil | 2,102.68 | 0.00 | 12,452.80 | 0.00 |
| Gas - Heat & Hot Water | 40,865.60 | 0.00 | 112,755.97 | 0.00 |
| Gas Vacant | 3,819.07 | 0.00 | 11,230.22 | 0.00 |
| Water/Sewer Common Area | 19,022.37 | 0.00 | 24,504.40 | 0.00 |
| **TOTAL UTILITIES EXPENSES** | **79,411.93** | **0.00** | **196,303.07** | **0.00** |
| **REPAIRS & MAINTENANCE** | | | | |
| **MAINTENANCE CONTRACTS** | | | | |
| Exterminating Contract | 1,528.60 | 0.00 | 4,585.71 | 0.00 |
| HVAC Service Contract | 0.00 | 0.00 | 25,531.21 | 0.00 |
| **TOTAL MAINTENANCE CONTRACTS** | **1,528.60** | **0.00** | **30,116.92** | **0.00** |
| **GENERAL REPAIRS & MAINTENANCE** | | | | |

4/26/2021 3:34 PM

East Village Portfolio + Commercial (.evp2)

## Cash Flow Statement

Period = Mar 2021

Book = Cash ; Tree = ysi_cf

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| Plumbing - Building R & M | 3,239.04 | 0.00 | 7,803.25 | 0.00 |
| Plumbing R & M | 0.00 | 0.00 | 60.06 | 0.00 |
| Locksmith | 0.00 | 0.00 | 1,210.69 | 0.00 |
| Window R & M | 707.69 | 0.00 | 1,174.76 | 0.00 |
| Boiler R & M | 2,237.82 | 0.00 | 2,361.18 | 0.00 |
| **TOTAL GENERAL REPAIRS & MAINTENANCE** | **6,184.55** | **0.00** | **12,609.94** | **0.00** |
| **SUPPLIES** | | | | |
| Paint Supplies | 614.76 | 0.00 | 614.76 | 0.00 |
| Plumbing Supplies | 0.00 | 0.00 | 86.69 | 0.00 |
| Janitorial Supplies | 0.00 | 0.00 | 4,380.13 | 0.00 |
| Electrical Supplies | 0.00 | 0.00 | 133.87 | 0.00 |
| General Building Supplies | 659.40 | 0.00 | 3,884.12 | 0.00 |
| Fire Extinguishers | 1,501.18 | 0.00 | 1,501.18 | 0.00 |
| **TOTAL SUPPLIES** | **2,775.34** | **0.00** | **10,600.75** | **0.00** |
| **TURNOVER EXPENSE** | | | | |
| Appliance Turns | 690.27 | 0.00 | 690.27 | 0.00 |
| **TOTAL TURNOVER EXPENSE** | **690.27** | **0.00** | **690.27** | **0.00** |
| **TOTAL REPAIRS & MAINTENANCE** | **11,178.76** | **0.00** | **54,017.88** | **0.00** |
| **GENERAL & ADMINISTRATIVE** | | | | |
| **PROFESSIONAL FEES** | | | | |
| Legal Fees -Landlord/Tenant | 1,873.70 | 0.00 | 2,012.70 | 0.00 |
| Legal Fees  - Other | 0.00 | 0.00 | 24,723.00 | 0.00 |
| **TOTAL PROFESSIONAL FEES** | **1,873.70** | **0.00** | **26,735.70** | **0.00** |
| **DUES LICENSES PERMITS** | | | | |
| Registration Fees (Boiler) | 0.00 | 0.00 | 1,240.00 | 0.00 |
| **TOTAL DUES LICENSES PERMITS** | **0.00** | **0.00** | **1,240.00** | **0.00** |
| **COMPUTER EXPENSES** | | | | |
| Tech & Data Services | 6,493.31 | 0.00 | 10,297.40 | 0.00 |
| Internet/Phone/Cable Expense | 2,379.68 | 0.00 | 6,839.08 | 0.00 |
| **TOTAL COMPUTER EXPENSES** | **8,872.99** | **0.00** | **17,136.48** | **0.00** |
| **ADMINISTRATIVE EXPENSES** | | | | |
| Banking Fees | 27.65 | 0.00 | 125.23 | 0.00 |
| Postage | 0.00 | 0.00 | 30.76 | 0.00 |
| **TOTAL ADMINISTRATIVE EXPENSES** | **27.65** | **0.00** | **155.99** | **0.00** |
| **TOTAL GENERAL & ADMINISTRATIVE** | **10,774.34** | **0.00** | **45,268.17** | **0.00** |
| **MANAGEMENT FEE** | | | | |
| Management Fee | 37,500.00 | 0.00 | 110,000.00 | 0.00 |
| **TOTAL MANAGEMENT FEE** | **37,500.00** | **0.00** | **110,000.00** | **0.00** |
| **INSURANCE** | | | | |
| Property Insurance | 0.00 | 0.00 | 152,955.71 | 0.00 |
| **TOTAL INSURANCE** | **0.00** | **0.00** | **152,955.71** | **0.00** |

4/26/2021 3:34 PM

East Village Portfolio + Commercial (.evp2)

# Cash Flow Statement

Period = Mar 2021

Book = Cash ; Tree = ysi_cf

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **PROPERTY TAXES** | | | | |
| Real Property Taxes | 0.00 | 0.00 | -1,114.68 | 0.00 |
| **TOTAL PROPERTY TAXES** | **0.00** | **0.00** | **-1,114.68** | **0.00** |
| **TOTAL OPERATING EXPENSES** | **224,152.96** | **0.00** | **702,285.28** | **0.00** |
| **NET OPERATING INCOME** | **-184,833.59** | **0.00** | **-520,268.65** | **0.00** |
| **NON-OPERATING ADMIN EXPENSE** | | | | |
| Utility Processing Fee Non-Operating | 1,198.45 | 0.00 | 5,242.71 | 0.00 |
| Inspections & Testing Non-Operating | 0.00 | 0.00 | 1,224.84 | 0.00 |
| Violation Monitoring Non-Operating | 3,139.46 | 0.00 | 26,622.67 | 0.00 |
| Payment Processing Fee Non-Operating | 613.29 | 0.00 | 2,164.87 | 0.00 |
| Tech & Data Services Non-Operating | 2,707.63 | 0.00 | 5,920.95 | 0.00 |
| Legal Fees Non-Operating | 16,336.72 | 0.00 | 27,158.96 | 0.00 |
| Violations and Fines Non-Operating | 190.00 | 0.00 | 4,139.50 | 0.00 |
| **TOTAL NON-OPERATING ADMIN EXPENSE** | **24,185.55** | **0.00** | **72,474.50** | **0.00** |
| **NET INCOME** | **-209,019.14** | **0.00** | **-592,743.15** | **0.00** |
| **ADJUSTMENTS** | | | | |
| Building Improvements | 0.00 | 0.00 | -3,918.41 | 0.00 |
| CIP - Hard Costs | -99,130.07 | 0.00 | -99,130.07 | 0.00 |
| CIP - Soft Costs | -45,005.00 | 0.00 | -45,190.72 | 0.00 |
| Security Deposit - Utilities | -800.00 | 0.00 | -1,261.17 | 0.00 |
| Tenant Deposits | 18,000.00 | 0.00 | 6,139.44 | 0.00 |
| Tenant Deposits-Clearing | 0.00 | 0.00 | 551.82 | 0.00 |
| Partner's Loans | 73,500.00 | 0.00 | 145,500.00 | 0.00 |
| Owner Contribution | 0.00 | 0.00 | 348,135.07 | 0.00 |
| **TOTAL ADJUSTMENTS** | **-53,435.07** | **0.00** | **350,825.96** | **0.00** |
| **CASH FLOW** | **-262,454.21** | **0.00** | **-241,917.19** | **0.00** |

| **Period to Date** | **Beginning Balance** | **Ending Balance** | **Difference** | |
|---|---:|---:|---:|---|
| Operating Account | 0.00 | 0.00 | 0.00 | |
| Operating Account-Signature | 117,475.71 | -169,478.50 | -286,954.21 | |
| Construction Account | 1,228.00 | 1,228.00 | 0.00 | |
| Security Deposit | 271,183.35 | 289,183.35 | 18,000.00 | |
| **Total Cash** | **389,887.06** | **120,932.85** | **-268,954.21** | |

| **Year to Date** | **Beginning Balance** | **Ending Balance** | **Difference** | |
|---|---:|---:|---:|---|
| Operating Account | 0.00 | 0.00 | 0.00 | |
| Operating Account-Signature | 91,285.86 | -169,478.50 | -260,764.36 | |
| Construction Account | 1,228.00 | 1,228.00 | 0.00 | |
| Security Deposit | 276,836.18 | 289,183.35 | 12,347.17 | |
| **Total Cash** | **369,350.04** | **120,932.85** | **-248,417.19** | |

| | | | Month | 3.2021 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **East Village Properties LLC** Cas No. 17-22453-rdd | | | 223 East 5th Street LLC | 228 East 6th Street LLC | 229 East 5th Street LLC | 231 East 5th Street LLC | 233 East 5th Street LLC | 235 East 5th Street LLC | 253 East 10th Street LLC | 27 St Marks Place LLC | 325 East 12th Street LLC | 327 East 12th Street LLC | 329 East 12th Street LLC | 334 East 9th Street LLC | 510 East 12th Street LLC | 514 East 12th Street LLC | 66 East 7th Street LLC |
| GL | Account | Payment | Case No. 17-22454-rdd | Case No. 17-22459-rdd | Case No. 17-22455-rdd | Case No. 17-22456-rdd | Case No. 17-22457-rdd | Case No. 17-22458-rdd | Case No. 17-22463-rdd | Case No. 17-22461-rdd | Case No. 17-22464-rdd | Case No. 17-22465-rdd | Case No. 17-22467-rdd | Case No. 17-22462-rdd | Case No. 17-22468-rdd | Case No. 17-22469-rdd | Case No. 17-22460-rdd |
| 1110-0210 | Construction Account | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1330-0000 | Due To / From | 6,000 | - | - | - | - | - | - | - | 6,000 | - | - | - | - | - | - | - |
| 1515-0000 | Building Improvements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1515-0010 | Improvement-Apartments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1515-0020 | Appliances | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1515-1000 | Improvement-Tenant Buyout | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1515-1006 | Structural Repairs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1515-1007 | Building Intercom | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1515-1111 | Buyout Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1520-1000 | CIP - Hard Costs | 99,130 | - | 6,500 | 6,500 | 6,500 | 6,500 | 8,128 | 6,500 | 6,500 | 6,500 | 13,003 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| 1520-2000 | CIP - Soft Costs | 32,005 | - | 2,500 | - | - | - | - | - | - | 10,785 | 16,220 | - | - | - | - | 2,500 |
| 1870-0000 | Security Deposit - Utilities | 800 | - | - | - | - | 195 | - | - | - | 430 | 175 | - | - | - | - | - |
| 2440-0000 | Miscellaneous Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4500-0000 | Residential Rent | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5760-0000 | Tenant Deposits-Clearing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5775-0000 | Appliance Charge | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6200-1000 | Maintenance Payroll- General | 85,288 | 6,117 | 6,439 | 3,219 | 2,616 | 2,616 | 2,616 | 7,622 | 7,234 | 9,839 | 6,473 | 8,046 | 6,142 | 3,537 | 3,537 | 9,236 |
| 6220-0700 | Other Payroll Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6300-1000 | Electric Common Area | 6,124 | 231 | 361 | 262 | 178 | 214 | 289 | 376 | 238 | 467 | 2,711 | 182 | 135 | 219 | 74 | 186 |
| 6300-1100 | Electric Vacant | 7,478 | 339 | 308 | 200 | 75 | 267 | 171 | 380 | 339 | 1,712 | 504 | 530 | 269 | 1,713 | 511 | 159 |
| 6300-2000 | Fuel Oil | 2,103 | - | - | - | - | - | - | - | - | - | - | - | 2,103 | - | - | - |
| 6300-3000 | Gas - Heat & Hot Water | 40,866 | 3,514 | 2,801 | 3,032 | 4,604 | - | - | 3,287 | 2,723 | 5,628 | 6,184 | - | 62 | 3,074 | 3,269 | 2,688 |
| 6300-3100 | Gas Vacant | 3,819 | 279 | - | 199 | 80 | 159 | 205 | - | 376 | 1,176 | 40 | 559 | 271 | - | 474 | - |
| 6300-4000 | Water/Sewer Common Area | 19,022 | - | 407 | 444 | - | - | - | 3,380 | 2,114 | 115 | 1,840 | 2,883 | 2,232 | 1,271 | 661 | 3,673 |
| 6300-7000 | Utility Processing Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6410-1000 | Exterminating Contract | 1,529 | 102 | 103 | 87 | 84 | 87 | 87 | 107 | 103 | 133 | 108 | 110 | 103 | 103 | 103 | 107 |
| 6410-2000 | Trash Removal Contract | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6410-3000 | Fire Sprinkler Inspections Contract | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6410-5000 | HVAC Service Contract | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6410-7000 | Misc. Service Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0201 | Plumbing - Apartment R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0202 | Plumbing - Building R & M | 3,239 | - | - | - | - | - | - | 1,361 | 1,361 | - | - | - | 517 | - | - | - |
| 6420-0203 | Plumbing R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0230 | Painting-Common Areas | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0301 | Electrician - R & M- Apt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0302 | Electrician - Building R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0320 | Windows & Screens | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0400 | Fire Sprinkler Repairs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0500 | Locksmith | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0600 | HVAC R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0700 | Appliances R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0800 | Common Area Cleaning | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0900 | Flooring R & M (Building) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-0901 | Flooring R & M (Apartment) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-1100 | Roofing R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-1200 | Window R & M | 708 | - | - | - | 708 | - | - | - | - | - | - | - | - | - | - | - |
| 6420-1400 | Masonry R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-1500 | Garage Door R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-1900 | Exterminating (Additional) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-2100 | Boiler R & M | 2,238 | - | - | - | - | - | - | 1,633 | - | - | - | - | 605 | - | - | - |
| 6420-2300 | Interior Door R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-2400 | Exterior Door R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-2500 | Intercom R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-3400 | General/Misc Building R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-3450 | General/Misc Apartment R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-3900 | Alarm/Camera R & M | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-4100 | Apartment Turnover - Cleaning | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-4200 | Appliance and Tub Re-surfacing/Re-glazing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6420-4320 | Mold Remediation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-0101 | HVAC-Parts/Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-0201 | Paint Supplies | 615 | - | - | - | - | - | - | - | - | 307 | - | - | - | - | - | 307 |
| 6430-0300 | Plumbing Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-0400 | Janitorial Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-0500 | Electrical Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-0750 | Locks & Keys | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-0800 | Key Fobs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-0900 | Dumpster Rental/Trash Hauling | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-1100 | Boiler Parts/Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-1200 | Snow Removal Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-1300 | General Building Supplies | 659 | - | 309 | 18 | - | - | 25 | 123 | - | 76 | - | 29 | - | - | 29 | 51 |
| 6430-1600 | Uniforms | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-1900 | Interior and Exterior Signage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6430-2100 | Fire Extinguishers | 1,501 | 131 | - | 258 | 131 | 237 | - | - | 131 | 151 | 160 | - | - | 151 | 151 | - |
| 6430-2200 | Smoke Detectors | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6440-0300 | Appliance Turns | 690 | - | - | - | - | - | - | - | - | - | - | - | 690 | - | - | - |
| 6440-0600 | Door Hardware/Locksmith Turns | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6440-0700 | Cleaning Turns | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0100 | Legal Fees -Landlord/Tenant | 1,874 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,874 | - |
| 6500-0101 | Legal Fees - Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0103 | Legal Counsel Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0200 | Accounting Services | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0500 | Consulting Fee - Misc. | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0502 | Consulting Fee - Lead Violations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0503 | Consulting Fee - Engineering | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0760 | Inspections & Testing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0800 | Misc. Professional fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0976 | Filing Fees - other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-0990 | License, Permits & Misc. Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Code | Description | Total | 223 East 5th Street LLC Case No. 17-22454-rdd | 228 East 6th Street LLC Case No. 17-22459-rdd | 229 East 5th Street LLC Case No. 17-22455-rdd | 231 East 5th Street LLC Case No. 17-22456-rdd | 233 East 5th Street LLC Case No. 17-22457-rdd | 235 East 5th Street LLC Case No. 17-22458-rdd | 253 East 10th Street LLC Case No. 17-22463-rdd | 27 St Marks Place LLC Case No. 17-22461-rdd | 325 East 12th Street LLC Case No. 17-22464-rdd | 327 East 12th Street LLC Case No. 17-22465-rdd | 329 East 12th Street LLC Case No. 17-22467-rdd | 334 East 9th Street LLC Case No. 17-22462-rdd | 510 East 12th Street LLC Case No. 17-22468-rdd | 514 East 12th Street LLC Case No. 17-22469-rdd | 66 East 7th Street LLC Case No. 17-22460-rdd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6500-1010 | Licences, Fees & Permits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-1015 | Tech & Data Services | 6,493 | - | - | - | - | - | - | - | - | 136 | 3,418 | 2,156 | - | 784 | - | - |
| 6500-1017 | Software Licensing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6500-1018 | Internet/Phone/Cable Expense | 2,380 | 300 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 130 |
| 6510-0195 | Marketing/Advertising Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6510-0200 | Marketing-Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0010 | Security services | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0020 | Monthly Common Charges | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0025 | Violations and Fines | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0035 | Storage & Moving | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0110 | Organization Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0150 | Banking Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0230 | Employee Training & Education | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0235 | Employee Reimbursables | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0320 | Postage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0420 | Resident Services | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6520-0430 | Payment Processing Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6530-0010 | Management Fee | 37,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| 6610-0000 | Property Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6710-0000 | Real Property Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8305-0010 | Utility Processing Fee Non-Operating | 1,198 | 97 | 46 | 65 | 32 | 46 | 65 | 56 | 106 | 111 | 116 | 143 | 65 | 74 | 139 | 37 |
| 8305-0020 | Inspections & Testing Non-Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8305-0040 | Violation Monitoring Non-Operating | 3,139 | 105 | 116 | 58 | 58 | 58 | 58 | 116 | 128 | 209 | 1,984 | - | 122 | - | - | 128 |
| 8305-0050 | Resident Services Non-Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8305-0060 | Payment Processing Fee Non-Operating | 613 | 34 | 36 | 18 | 18 | 18 | 18 | 39 | 47 | 93 | 46 | 43 | 41 | 36 | 36 | 93 |
| 8305-0080 | Tech & Data Services Non-Operating | 2,708 | 174 | 183 | 101 | 101 | 101 | 101 | 199 | 199 | 329 | 223 | 216 | 199 | 184 | 184 | 215 |
| 8305-0110 | Legal Fees Non-Operating | 16,337 | 912 | 1,188 | 540 | 540 | 540 | 540 | 987 | 987 | 1,906 | 1,098 | 1,061 | 1,337 | 912 | 2,353 | 1,436 |
| 8305-0120 | Violations and Fines Non-Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | **Total Disbursements** | **386,056** | **14,836** | **23,946** | **17,652** | **18,374** | **13,688** | **14,952** | **28,815** | **31,238** | **42,754** | **56,953** | **25,108** | **24,043** | **21,209** | **22,852** | **29,638** |

4/26/2021 3:35 PM

East Village Portfolio + Commercial (.evp2)

# Cash Flow Statement
Period = Mar 2021

Book = Accrual ; Tree = ysi_cf

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **OPERATING INCOME** | | | | |
| **REVENUE** | | | | |
| **RENT REVENUE** | | | | |
| **RESIDENTIAL RENT** | | | | |
| **GROSS POTENTIAL RENT** | | | | |
| Residential Rent | 182,135.31 | 0.00 | 550,221.38 | 0.00 |
| Preferential Rent | -14,278.58 | 0.00 | -42,835.74 | 0.00 |
| SCRIE Credit | -581.12 | 0.00 | -2,387.40 | 0.00 |
| DRIE Credit | -314.13 | 0.00 | -942.39 | 0.00 |
| **TOTAL GROSS POTENTIAL RENT** | **166,961.48** | **0.00** | **504,055.85** | **0.00** |
| Less: Concessions | -8,569.52 | 0.00 | -1,058,568.80 | 0.00 |
| **NET RESIDENTIAL RENT** | **158,391.96** | **0.00** | **-554,512.95** | **0.00** |
| | | | | |
| **COMMERCIAL RENT** | | | | |
| Commercial Rent | 33,879.18 | 0.00 | 46,037.54 | 0.00 |
| **TOTAL COMMERCIAL RENT** | **33,879.18** | **0.00** | **46,037.54** | **0.00** |
| **NET RENT REVENUE** | **192,271.14** | **0.00** | **-508,475.41** | **0.00** |
| | | | | |
| **OTHER REVENUE** | | | | |
| Late Fees | 0.00 | 0.00 | -275.00 | 0.00 |
| NSF Fees | 50.00 | 0.00 | 100.00 | 0.00 |
| Storage Fees | 650.00 | 0.00 | 1,950.00 | 0.00 |
| Miscellaneous Income | 0.00 | 0.00 | 2,780.00 | 0.00 |
| **TOTAL OTHER REVENUE** | **700.00** | **0.00** | **4,555.00** | **0.00** |
| **TOTAL REVENUE** | **192,971.14** | **0.00** | **-503,920.41** | **0.00** |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| | | | | |
| **PAYROLL EXPENSES** | | | | |
| Maintenance Payroll- General | 32,839.39 | 0.00 | 118,127.32 | 0.00 |
| **TOTAL PAYROLL EXPENSES** | **32,839.39** | **0.00** | **118,127.32** | **0.00** |
| | | | | |
| **UTILITIES EXPENSES** | | | | |
| Electric Common Area | 5,632.44 | 0.00 | 12,125.02 | 0.00 |
| Electric Vacant | 7,190.28 | 0.00 | 17,005.18 | 0.00 |
| Fuel Oil | 2,102.68 | 0.00 | 10,212.64 | 0.00 |
| Gas - Heat & Hot Water | 36,790.87 | 0.00 | 99,361.79 | 0.00 |
| Gas Vacant | 3,743.72 | 0.00 | 8,847.70 | 0.00 |
| Water/Sewer Common Area | 4,779.26 | 0.00 | 23,284.95 | 0.00 |
| **TOTAL UTILITIES EXPENSES** | **60,239.25** | **0.00** | **170,837.28** | **0.00** |
| | | | | |
| **REPAIRS & MAINTENANCE** | | | | |
| **MAINTENANCE CONTRACTS** | | | | |
| Exterminating Contract | 1,528.60 | 0.00 | 4,585.71 | 0.00 |
| HVAC Service Contract | 0.00 | 0.00 | 25,531.21 | 0.00 |
| **TOTAL MAINTENANCE CONTRACTS** | **1,528.60** | **0.00** | **30,116.92** | **0.00** |
| | | | | |
| **GENERAL REPAIRS & MAINTENANCE** | | | | |
| Plumbing - Apartment R & M | 299.41 | 0.00 | 299.41 | 0.00 |
| Plumbing - Building R & M | 3,239.04 | 0.00 | 6,986.69 | 0.00 |

4/26/2021 3:35 PM

East Village Portfolio + Commercial (.evp2)

# Cash Flow Statement

Period = Mar 2021

Book = Accrual ; Tree = ysi_cf

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| Plumbing R & M | 0.00 | 0.00 | 60.06 | 0.00 |
| Locksmith | 0.00 | 0.00 | 1,210.69 | 0.00 |
| Window R & M | 707.69 | 0.00 | 1,174.76 | 0.00 |
| Boiler R & M | 2,237.82 | 0.00 | 2,361.18 | 0.00 |
| **TOTAL GENERAL REPAIRS & MAINTENANCE** | **6,483.96** | **0.00** | **12,092.79** | **0.00** |
| **SUPPLIES** | | | | |
| Paint Supplies | 614.76 | 0.00 | 614.76 | 0.00 |
| Plumbing Supplies | 0.00 | 0.00 | 86.69 | 0.00 |
| Janitorial Supplies | 0.00 | 0.00 | 4,380.13 | 0.00 |
| Electrical Supplies | 0.00 | 0.00 | 133.87 | 0.00 |
| General Building Supplies | 1,332.85 | 0.00 | 2,562.89 | 0.00 |
| Fire Extinguishers | 1,501.18 | 0.00 | 1,501.18 | 0.00 |
| **TOTAL SUPPLIES** | **3,448.79** | **0.00** | **9,279.52** | **0.00** |
| **TURNOVER EXPENSE** | | | | |
| Appliance Turns | 690.27 | 0.00 | 690.27 | 0.00 |
| **TOTAL TURNOVER EXPENSE** | **690.27** | **0.00** | **690.27** | **0.00** |
| **TOTAL REPAIRS & MAINTENANCE** | **12,151.62** | **0.00** | **52,179.50** | **0.00** |
| **GENERAL & ADMINISTRATIVE** | | | | |
| **PROFESSIONAL FEES** | | | | |
| Legal Fees -Landlord/Tenant | 1,873.70 | 0.00 | 2,012.70 | 0.00 |
| Legal Fees  -  Other | 0.00 | 0.00 | 24,723.00 | 0.00 |
| **TOTAL PROFESSIONAL FEES** | **1,873.70** | **0.00** | **26,735.70** | **0.00** |
| **DUES LICENSES PERMITS** | | | | |
| Registration Fees (Boiler) | 0.00 | 0.00 | 1,240.00 | 0.00 |
| **TOTAL DUES LICENSES PERMITS** | **0.00** | **0.00** | **1,240.00** | **0.00** |
| **COMPUTER EXPENSES** | | | | |
| Tech & Data Services | 6,493.31 | 0.00 | 10,297.40 | 0.00 |
| Internet/Phone/Cable Expense | 2,379.68 | 0.00 | 6,839.08 | 0.00 |
| **TOTAL COMPUTER EXPENSES** | **8,872.99** | **0.00** | **17,136.48** | **0.00** |
| **ADMINISTRATIVE EXPENSES** | | | | |
| Banking Fees | 27.65 | 0.00 | 125.23 | 0.00 |
| Postage | 0.00 | 0.00 | 8.90 | 0.00 |
| **TOTAL ADMINISTRATIVE EXPENSES** | **27.65** | **0.00** | **134.13** | **0.00** |
| **TOTAL GENERAL & ADMINISTRATIVE** | **10,774.34** | **0.00** | **45,246.31** | **0.00** |
| **MANAGEMENT FEE** | | | | |
| Management Fee | 37,500.00 | 0.00 | 112,500.00 | 0.00 |
| **TOTAL MANAGEMENT FEE** | **37,500.00** | **0.00** | **112,500.00** | **0.00** |
| **INSURANCE** | | | | |
| Property Insurance | 0.00 | 0.00 | 152,955.71 | 0.00 |
| **TOTAL INSURANCE** | **0.00** | **0.00** | **152,955.71** | **0.00** |
| **PROPERTY TAXES** | | | | |

4/26/2021 3:35 PM

East Village Portfolio + Commercial (.evp2)

# Cash Flow Statement

Period = Mar 2021

Book = Accrual ; Tree = ysi_cf

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| Real Property Taxes | 0.00 | 0.00 | -1,114.68 | 0.00 |
| **TOTAL PROPERTY TAXES** | **0.00** | **0.00** | **-1,114.68** | **0.00** |
| **TOTAL OPERATING EXPENSES** | **153,504.60** | **0.00** | **650,731.44** | **0.00** |
| **NET OPERATING INCOME** | **39,466.54** | **0.00** | **-1,154,651.85** | **0.00** |
| **NON-OPERATING ADMIN EXPENSE** | | | | |
| Utility Processing Fee Non-Operating | 1,198.45 | 0.00 | 2,512.59 | 0.00 |
| Inspections & Testing Non-Operating | 0.00 | 0.00 | 1,224.84 | 0.00 |
| Violation Monitoring Non-Operating | 3,139.46 | 0.00 | 26,622.67 | 0.00 |
| Payment Processing Fee Non-Operating | 613.29 | 0.00 | 2,164.87 | 0.00 |
| Tech & Data Services Non-Operating | 19,230.13 | 0.00 | 20,764.27 | 0.00 |
| Legal Fees Non-Operating | 15,611.72 | 0.00 | 26,433.96 | 0.00 |
| Violations and Fines Non-Operating | 190.00 | 0.00 | 4,139.50 | 0.00 |
| **TOTAL NON-OPERATING ADMIN EXPENSE** | **39,983.05** | **0.00** | **83,862.70** | **0.00** |
| **NET INCOME** | **-516.51** | **0.00** | **-1,238,514.55** | **0.00** |
| ADJUSTMENTS | | | | |
| Accounts Receivable | -44,094.54 | 0.00 | 101,982.99 | 0.00 |
| Accounts Recv Concession | -121,648.71 | 0.00 | 449,990.34 | 0.00 |
| Building Improvements | 0.00 | 0.00 | -3,918.41 | 0.00 |
| CIP - Hard Costs | -105,630.07 | 0.00 | -105,630.07 | 0.00 |
| CIP - Soft Costs | -45,005.00 | 0.00 | -45,190.72 | 0.00 |
| Security Deposit - Utilities | -800.00 | 0.00 | -881.17 | 0.00 |
| Accounts Payable | -48,350.86 | 0.00 | -34,045.64 | 0.00 |
| Prepaid Rent | 12,091.48 | 0.00 | 134,814.38 | 0.00 |
| Tenant Deposits | 18,000.00 | 0.00 | 5,288.77 | 0.00 |
| Tenant Deposits-Clearing | 0.00 | 0.00 | 551.82 | 0.00 |
| Partner's Loans | 73,500.00 | 0.00 | 145,500.00 | 0.00 |
| Owner Contribution | 0.00 | 0.00 | 348,135.07 | 0.00 |
| **TOTAL ADJUSTMENTS** | **-261,937.70** | **0.00** | **996,597.36** | **0.00** |
| **CASH FLOW** | **-262,454.21** | **0.00** | **-241,917.19** | **0.00** |

| **Period to Date** | **Beginning Balance** | **Ending Balance** | **Difference** |
|---|---:|---:|---:|
| Operating Account | 0.00 | 0.00 | 0.00 |
| Operating Account-Signature | 117,475.71 | -169,478.50 | -286,954.21 |
| Construction Account | 1,228.00 | 1,228.00 | 0.00 |
| Security Deposit | 271,183.35 | 289,183.35 | 18,000.00 |
| **Total Cash** | **389,887.06** | **120,932.85** | **-268,954.21** |

| **Year to Date** | **Beginning Balance** | **Ending Balance** | **Difference** |
|---|---:|---:|---:|
| Operating Account | 0.00 | 0.00 | 0.00 |
| Operating Account-Signature | 91,285.86 | -169,478.50 | -260,764.36 |
| Construction Account | 1,228.00 | 1,228.00 | 0.00 |
| Security Deposit | 276,836.18 | 289,183.35 | 12,347.17 |
| **Total Cash** | **369,350.04** | **120,932.85** | **-248,417.19** |